David W. Gadd (ISB #7605)
STOVER, GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com

Mark O. Morris (ISB# 10850)
Tara Martens Miller (ISB# 5773)
Benjamin J. Mills (ISB# 11748)
SNELL & WILMER L.L.P.
Key Business Center
702 W. Idaho Street, Suite 1100
Boise, ID 83702
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mmorris@swlaw.com
tmmiller@swlaw.com
bemills@swlaw.com

*Attorneys for Kodiak America, LLC; Kodiak Northwest, Inc.; BAUB LLC; Brek Pilling; and PFT Enviro Investments, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BREK PILLING, an individual; SCOTT PILLING, an individual; KAM MFG LLC, a Delaware limited liability Company f/k/a Kodiak America, LLC; KODIAK NORTHWEST, INC., and Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH | Case No. 4:24-cv-00112<br><br>**DECLARATION OF AARON BREK PILLING IN SUPPORT OF PILLING DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF AARON BREK PILLING IN SUPPORT OF PILLING DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION – 1**

INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, and Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, and individual; LURENE DILLE, an individual; DOE DEFENDANTS I–XX; and ROE ENTITY DEFENDANTS I–XX;

                Defendants.

KODIAK AMERICA, LLC; KODIAK NORTHWEST, INC.; BAUB LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC,

                Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

                Counterdefendant,

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

                Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

                Counterdefendant,

**DECLARATION OF AARON BREK PILLING IN SUPPORT OF PILLING DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION – 2**

I, Aaron Brek Pilling, declare and state as follows:

1. I am typically referred to as Brek Pilling and am one of the named defendants in this action. I make the following statements based on my personal knowledge.

2. I have never held an ownership interest, either directly or indirectly, in Defendant Sawtooth Industrial, LLC or Defendant IIOVIII Precision, LLC.

3. I previously owned a one percent (1%) membership interest in Defendant Intermountain Living, LLC. I transferred my ownership interest in Intermountain Living, LLC to my daughter-in-law, Adalyn Pilling, on September 21, 2021. A true and correct copy of the document that I signed to transfer my interest is attached hereto as **Exhibit A**. I have not possessed an ownership interest in or otherwise been involved or affiliated with Intermountain Living, LLC or its business since that time. I do not know why I continued to be listed with the Idaho Secretary of State's records as a member of Intermountain Living, LLC after September 21, 2021.

4. In approximately August 2023, Scott Pilling and I met with representatives of Radicon (an Elecon Group company) to discuss a potential business venture related to the manufacture of drilling equipment for water wells. The meeting did not pertain to the manufacture snow cutters and blowers using Plaintiff's intellectual property, and we did not discuss snow cutters and blowers or Plaintiff's intellectual property.

5. To my knowledge, I do not possess any confidential information or intellectual property belonging to Plaintiff. There are some files on my computer that, based on their file description appear to be bids, contracts and are stored on his computer, but I have not accessed those files since I left my position with Plaintiff in approximately June 2022.

**DECLARATION OF AARON BREK PILLING IN SUPPORT OF PILLING DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION – 3**

Doc ID: 6bada9f9c46d771c64067af07710857d0325ef1a

6. I have not used or threatened to use any confidential information or intellectual property belonging to Plaintiff. To my knowledge, since leaving my position with Plaintiff in approximately June 2022, I have not assisted any third party in using or disclosing any confidential information or intellectual property belonging to Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2024.

_____
Aaron Brek Pilling

**DECLARATION OF AARON BREK PILLING IN SUPPORT OF PILLING DEFENDANTS'
RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION – 4**

# EXHIBIT A

Doc ID: 6bada9f9c46d771c64067af07710857d0325ef1a

# AMENDMENT TO OPERATING AGREEMENT
# OF
# Intermountain Living, LLC

**I. DATE.** This Amendment to an LLC Operating Agreement ("Amendment") has been agreed to on September 21, 2021 by its Member(s).

**II. ORIGINAL AGREEMENT.** This Amendment hereby resolves, confirms, and amends the operating agreement dated August 10, 2020, for the entity known as Intermountain Living, LLC that was originally formed in the State of Idaho ("Agreement").

**III. AMENDMENTS.** The Member(s) hereby amend the Agreement as follows:
Brek Pilling to fully transfer his 1% share to Adalyn Pilling. Scott Pilling to be 99% share owner and Adalyn Pilling to be 1% share owner. Brek Pilling will no longer be a share owner in Intermountain Living LLC effective immediately.

**IV. OTHER SECTIONS.** All other terms and conditions of the Agreement shall remain in full force and effect.

The undersigned have duly executed this Amendment and, upon signature by the appropriate number or percentage of Member(s), this Amendment shall be made part of the original Agreement.

**Member Signature:** _____ **Date:** 9-21-21

**Print Name:** Scott Pilling

**Member Signature:** _Adalyn Pilling_ **Date:** 9-21-21

**Print Name:** Adalyn Pilling

**Member Signature:** _____ **Date:** 9-21-21

**Print Name:** Brek Pilling

SP&E 00224

Doc ID: 6bada9f9c46d771c64067af07710857d0325ef1a