IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SRM-KODIAK AMERICA, LLC, an
Idaho limited liability company,

           Plaintiff,

v.

BREK PILLING, an individual; SCOTT
PILLING, an individual; KODIAK
AMERICA, LLC, a Delaware limited
liability company; KODIAK
NORTHWEST, INC., an Idaho
Corporation; BAUB LLC, an Idaho limited
liability company; PFT ENVIRO
INVESTMENTS, LLC, an Idaho limited
liability company; BUDGET TRUCK
CENTER, LLC, an Idaho limited liability
company; SAWTOOTH INDUSTRIAL,
LLC, an Idaho limited liability company;
IIOVIII PRECISION, LLC, an Idaho
limited liability company;
INTERMOUNTAIN LIVING, LLC, an
Idaho limited liability company; BREK
PILLING AS TRUSTEE OF THE
PILLING FAMILY TRUST, an Idaho
Trust; ARTHUR SADAMPI YAMADA,
an individual; GARY WICKERSHAM, an
individual; CAROLYN SHOEMAKER, an
individual; LURENE DILLE, an
individual; DOE DEFENDANTS I-XX;
and ROE ENTITY DEFENDANTS I-XX

           Defendants.

Case No. 4:24-cv-00112-DCN

**JUDGMENT**

JUDGMENT - 1

KODIAK AMERICA, LLC; KODIAK NORTHWEST, INC.; BAUB LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC,

          Counterclaimants,

v.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

          Counterdefendant,

_____

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

          Counterclaimants,

v.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

          Counterdefendant.

JUDGMENT IS ENTERED AS FOLLOWS:

Judgment is GRANTED in favor of Plaintiff SRM-Kodiak America, LLC ("SRM") and against Defendant Lurene Dille with respect to SRM's claim against Ms. Dille for breach of duty of loyalty. Having returned SRM's confidential company information in response to issuance of injunctive relief, Ms. Dille shall have no further liability to SRM

JUDGMENT - 2

for her breach of duty of loyalty. Ms. Dille shall not be liable to SRM for attorney fees or costs, and SRM shall not be liable to Ms. Dille for attorney fees or costs.

DATED: April 20, 2026

David C. Nye
U.S. District Court Judge

JUDGMENT - 3