Snell & Wilmer
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

Atty File #: 4:24-cv-00112
Job ID #: 638485

# IN THE UNITED STATES DISTRICT COURT, COUNTY OF , STATE OF UTAH

| | |
|---|---|
| Plaintiff/Petitioner: SRM-KODIAK AMERICA, LLC, an Idaho limited liability company<br>    vs.<br>Defendant/Respondent: KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; BREK PILLING, an individual; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust, BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SCOTT PILLING, an individual; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; I1OVIII PRECISION, LLC, an Idaho limited liability company; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I–XX; and ROE ENTITY DEFENDANTS IXX | **DECLARATION OF SERVICE**<br><br>Case No: 4:24-cv-00112 |

Legal documents received by COURT OPS on the May 26, 2026 to be served on:

**Brian Tibbets**
1411 23RD STREET OGDEN, UT 84401

I, **Makayla Nicholson**, being duly sworn, swear and affirm that on the **June 08, 2026** at **07:22 PM**, I did the following:

**PERSONALLY SERVED:** by personally delivering a true and correct copy of the **SUMMONS IN A CIVIL ACTION, FIRST AMENDED ANSWER AND COUNTERCLAIM** to: **BRIAN TIBBETS** at the address of: **1411 23RD STREET OGDEN, UT 84401** In accordance with the UT state rules of civil procedure.

**Supplemental Data Appropriate to this Service:**

**1411 23RD STREET OGDEN, UT 84401**

**Attempts:**
**5/28/2026** at **07:39 PM** by server MAKAYLA NICHOLSON at 1411 23RD STREET, OGDEN, UT 84401: NO ANSWER. LEFT CARD. CALLED- HE IS IN CHINA FOR WORK UNTIL JUNE 1ST. KERI AND HIM DIVORCED 2021. WILL ATTEMPT NEXT WEEK.

**6/6/2026** at **07:59 PM** by server MAKAYLA NICHOLSON at 1411 23RD STREET, OGDEN, UT 84401: WOULD LIKE SERVED TO LAWYER. SAID HE WILL BE HOME TUESDAY AND WEDNESDAY.

**Description of the person served:**

Gender: Male,  Race/Skin Color: White,  Hair Color: Gray,  Approx. Age: 50,  Approx. Height: 5' 9",  Approx. Weight: 180

I HEREBY CERTIFY that I am 18 years of age or older, a resident of the State of Utah, and have no interest in the above legal matter. I further certify that at the time of service of the said article(s), I endorsed my name and official title and added the date thereto. I declare under criminal penalty of the State of Utah that the foregoing is true and correct. (Utah State Code: 78B-18a. Unsworn Declaration in Lieu of Affidavit)

Service Fee: **$59.50**





**COURT OPS**



Makayla Nicholson
COURT OPS
5693 S Redwood Rd, Ste 13
Taylorsville, UT 84123
(801) 261-9000



2 of 2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Idaho    <span>▼</span>

| | | |
|---|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>BREK PILLING, in individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho corporation; et. al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:24-cv-00112- DCN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian L. Tibbets
1411 23rd Street
Ogden, Utah 84401
Home: (208) 878-5374
Cell: (208) 430-1567

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David W. Gadd, STOVER GADD & ASSOC., PLLC, 905 Shoshone St. N., P.O.Box 1428, Twin Falls, ID 83303-1428; 208-736-9929

Mark O. Morris, Tara Martens Miller, Benjamin J. Mills; SNELL & WILMER, LLP; Key Bank Business Center, 702 W. Idaho St., Ste. 1100, Boise, ID 83702; mmorris@swlaw.com; tmmiller@swlaw.com; bemills@swlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**United States Courts
District of Idaho
ISSUED**
*Laura McInnes
on Apr 23, 2026 3:19 pm*

Date:    4/23/2026

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00112-dcn

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: