Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC;*
*Lawrence Wayne Powell, Jr.; Kurt Harman;*
*Jonathan Price; and Kodiak America, LLC (Texas)*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY | Case No. 4:24-cv-00112-DCN <br><br> **DECLARATION OF COUNSEL** |

34546.001\4908-2747-7685

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

        Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

        Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

        Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

        Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

        Counterdefendant.

I, John E. Cutler, being first duly sworn, depose and state as follows:

DECLARATION OF COUNSEL - 2
34546.001\4908-2747-7685

1. I am an attorney of record for Plaintiff SRM-Kodiak America, LLC in the above-captioned action. I am of sound mind, and I make this Declaration based on my own personal knowledge.

2. Provided herewith under seal as Exhibit 1 is a true and correct copy of the Asset Purchase Agreement by and among Kodiak America, LLC, Baub LLC, Brek Pilling, and SRM-Kodiak America, LLC, dated September 29, 2021, without the Schedules identified therein, as they are immaterial to the Motion to Dismiss.

3. Provided herewith under seal as Exhibit 2 is a true and correct copy of the Modification Agreement between SRM-Kodiak America, LLC, Kodiak America, LLC, PFT Enviro Investments LLC, BAUB LLC, Brek Pilling, Lawrence W. Powell, Kurt Harman, and Jonathan Price, dated April 1, 2022, including the personal guarantees attached to that agreement.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on June 18, 2026.

/s/ John E. Cutler
John E. Cutler

DECLARATION OF COUNSEL - 3
34546.001\4908-2747-7685

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Declaration of Counsel* upon the following persons by the method of service indicated below:

Bren Mollerup
BENOIT, ALEXANDER, MOLLERUP &
DANIELSON, PLLC
P.O. Box 366
Twin Falls, ID  83303
*Attorneys for Defendant Carolyn Shoemaker*

[x] CM/ECF
    *benoitlaw@benoitlaw.com*
    *messinger@benoitlaw.com*
    *mollerup@benoitlaw.com*

David W. Gadd
STOVER GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID  83303-1428
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
    *dwg@magicvalleylaw.com*

Mark O. Morris
Tara Martens Miller
Benjamin J. Mills
SNELL & WILMER, LLP
Key Business Center
702 W. Idaho Street, Ste 1100
Boise, ID  83702
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
    *mmorris@swlaw.com*
    *tmmiller@swlaw.com*
    *bemills@swlaw.com*

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID  83204-0370
*Attorneys for Defendant Gary Wickersham*

[x] CM/ECF
    *pete@mrwlaw.net*

DECLARATION OF COUNSEL - 4
34546.001\4908-2747-7685

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID  83303
*Attorneys for Defendants Scott Pilling, IIOVIII*
*Precision, LLC, Sawtooth Industrial, LLC, and*
*Intermountain Living, LLC*

[x] CM/ECF
    *kbastian@wrightbrotherslaw.com*

    DATED June 18, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph

DECLARATION OF COUNSEL - 5
34546.001\4908-2747-7685

# EXHIBIT 1

## Sealed

# EXHIBIT 2

## Sealed