Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC;*
*Lawrence Wayne Powell, Jr.; Kurt Harman;*
*Jonathan Price; and Kodiak America, LLC (Texas)*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company, <br><br>     Plaintiff, <br><br> vs. <br><br> BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY | Case No. 4:24-cv-00112-DCN <br><br> **PLAINTIFF SRM-KODIAK AMERICA, LLC'S MOTION TO FILE UNDER SEAL; MEMORANDUM IN SUPPORT** |

34546.001\4909-0685-5606

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

        Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

        Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

        Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

        Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

        Counterdefendant.

Pursuant to Local Rule 5.3(a), Plaintiff/Counterdefendant SRM-Kodiak America, LLC

("SRM"), by and through its undersigned counsel, Parsons Behle & Latimer, moves this Court

PLAINTIFF SRM-KODIAK AMERICA, LLC'S MOTION TO FILE UNDER SEAL; MEMORANDUM IN SUPPORT - 2
34546.001\4909-0685-5606

for an Order allowing Exhibits 1 and 2 to the June 18, 2026, Declaration of Counsel, as more fully described below, to be filed under seal, consistent with the Stipulated Protective Order (Dkt. Nos. 51 and 52) herein.

Federal Rule of Civil Procedure 5.2(d) provides: "The court may order that a filing be made under seal without redaction." "[A]lthough the common law right creates a strong presumption in favor of access, the presumption can be overcome by sufficiently important countervailing interests." *San Jose Mercury News, Inc. v. District Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999). In the Ninth Circuit, the party seeking to file under seal must establish a compelling reason for doing so. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes' . . . ." *Id.* (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Ninth Circuit law is clear that the compelling interest standard to seal records is satisfied when public disclosure of the documents would "release trade secrets." *Kamakana*, 447 F.3d at 1179. Consistent with this, the United States Supreme Court has recognized that courts have appropriately sealed "sources of business information that might harm a litigant's competitive standing" if released. *Nixon*, 435 U.S. at 598.

Paragraph 6 of the Stipulated Protective Order (Dkt. Nos. 51 and 52) provides that documents or information designated as "Confidential" or "Attorney Eyes Only," shall be filed under seal pursuant to District of Idaho Local Civil Rule 5.3.

In this case, SRM seeks to file Exhibits 1 and 2 to the June 18, 2026, Declaration of Counsel under seal, namely, Exhibit 1, the Asset Purchase Agreement by and among Kodiak America, LLC, Baub LLC, Brek Pilling, and SRM-Kodiak America, LLC, dated September 29,

PLAINTIFF SRM-KODIAK AMERICA, LLC'S MOTION TO FILE UNDER SEAL; MEMORANDUM IN SUPPORT - 3
34546.001\4909-0685-5606

2021, and Exhibit 2, the Modification Agreement between SRM-Kodiak America, LLC, Kodiak America, LLC, PFT Enviro Investments LLC, BAUB LLC, Brek Pilling, Lawrence W. Powell, Kurt Harman, and Jonathan Price, dated April 1, 2022. Both Exhibits contain Confidential Information expressly prohibited from disclosure by the terms of the Asset Purchase Agreement itself.

For these reasons, and consistent with the Stipulated Protective Order, SRM asks the Court to grant its Motion to File Under Seal—authorizing Exhibits 1 and 2 to the June 18, 2026, Declaration of Counsel to be filed under seal.

DATED June 18, 2026.

PARSONS BEHLE & LATIMER

/s/ John E. Cutler

Lee Radford
John E. Cutler
Daniel Biddulph

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

PLAINTIFF SRM-KODIAK AMERICA, LLC'S MOTION TO FILE UNDER SEAL; MEMORANDUM IN SUPPORT - 4
34546.001\4909-0685-5606

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Plaintiff SRM-Kodiak America, LLC's Motion To File Under Seal; Memorandum In Support* upon the following persons by the method of service indicated below:

Bren Mollerup
BENOIT, ALEXANDER, MOLLERUP &
DANIELSON, PLLC
P.O. Box 366
Twin Falls, ID  83303
*Attorneys for Defendant Carolyn Shoemaker*

[x] CM/ECF
    *benoitlaw@benoitlaw.com*
    *messinger@benoitlaw.com*
    *mollerup@benoitlaw.com*

David W. Gadd
STOVER GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID  83303-1428
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
    *dwg@magicvalleylaw.com*

Mark O. Morris
Tara Martens Miller
Benjamin J. Mills
SNELL & WILMER, LLP
Key Business Center
702 W. Idaho Street, Ste 1100
Boise, ID  83702
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
    *mmorris@swlaw.com*
    *tmmiller@swlaw.com*
    *bemills@swlaw.com*

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID  83204-0370
*Attorneys for Defendant Gary Wickersham*

[x] CM/ECF
    *pete@mrwlaw.net*

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID  83303
*Attorneys for Defendants Scott Pilling, IIOVIII*
*Precision, LLC, Sawtooth Industrial, LLC, and*
*Intermountain Living, LLC*

[x] CM/ECF
  *kbastian@wrightbrotherslaw.com*

DATED June 18, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph