Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC;*
*Lawrence Wayne Powell, Jr.; Kurt Harman;*
*Jonathan Price; and Kodiak America, LLC (Texas)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY | Case No. 4:24-cv-00112-DCN<br><br>**SRM-KODIAK AMERICA, POWELL, HARMAN, PRICE, AND KODIAK TEXAS'S MOTION TO DISMISS AMENDED COUNTERCLAIMS** |

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

        Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

        Counterclaimants,

        vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

        Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

        Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

        Counterdefendant.

Plaintiff and Counterclaim Defendant SRM-Kodiak America, LLC ("SRM"), and

Counterclaim Defendants Lawrence Wayne Powell, Jr. ("Powell"), Kurt Harman ("Harman"),

Jonathan Price ("Price"), and Kodiak America, LLC ("Kodiak Texas"), by and through their undersigned counsel of record, respectfully move to dismiss the counterclaims filed by Kodiak America ("Sold Kodiak"), Brek Pilling ("Brek") and PFT Enviro Investments, LLC ("PFT") against them (Dkt. 133).

Counterclaimants filed six claims against Counterclaim Defendants. Dkt. 133. None satisfy the requisite pleading standards and must be dismissed under Federal Rule of Civil Procedure 12(b)(6) and 12(c).[1] Instead, they consist primarily of threadbare recitals of the cause of actions elements or conclusory statements, which are not accepted on a motion to dismiss. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

As to Count I, Brek claims SRM breached a contract with Brek when some unnamed individuals allegedly disparaged Brek. But the allegations in support are nothing more than conclusory statements or legal conclusions couched as facts without more, which do not make out a plausible claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 681 (2009).

Count II is a Racketeer Influenced and Corrupt Organizations Act ("RICO") claim brought by Sold Kodiak against SRM, Powell, Kodiak Texas, and Brian Tibbets. But, like Count I, Count II is simply a recitation of certain elements of a RICO claim without any factual background in support. What is more – civil RICO claims require a RICO claimant to plead with specificity, explaining who took actions, what actions they took, and when. *Lancaster Cmty. Hosp. v. Antelope Valley Hosp. Dist.,* 940 F.2d 397, 405 (9th Cir. 1991) (citing Fed. R. Civ. P. 9(b)). Sold Kodiak provides none of those details in its counterclaims. Even under the lesser pleading standard (which does not apply here), Sold Kodiak at best pleads a single episode of alleged fraud, which fails to

---

[1] SRM has filed an Answer and thus brings its motion to dismiss under Rule 12(c) rather than Rule 12(b)(6). However, the analysis is "functionally identical" under the two rules. *Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1055, n. 4 (9th Cir. 2011) (*quoting Dworkin v. Hustler Magazine Inc*., 867 F.2d 1188, 1192 (9th Cir.1989)).

establish the "pattern" required to make out a claim under RICO. *H.J., Inc. v. Northwestern Bell Telephone Co.*, 492 U.S. 229, 241-42 (1989)).

Counts III and IV fare no better. In these Counts, Sold Kodiak claims SRM breached a contract and was unjustly enrichment. But a breach of contract claim requires, at minimum, a breach. *Yellowstone Poky, LLC v. First Pocatello Assocs., L.P.*, No. 4:16-CV-00316, 2018 WL 2077725, at *3 (D. Idaho Feb. 27, 2018) (quoting *Mosell Equities, LLC v. Berryhill & Co.*, 297 P.3d 232, 241 (2013)) (cleaned up). SRM has not breached any agreement with Sold Kodiak, because any failure to pay was an exercise of SRM's contractual right of setoff, which the relevant contract defines as <u>not</u> a breach. Sold Kodiak cannot avoid this conclusion by styling its claim as an unjust enrichment claim, because Idaho law does not permit unjust enrichment claims when the parties' relationship was governed by contract, as SRM and Sold Kodiak's relationship is here. *See Thomas v. Thomas*, 249 P.3d 829, 836 (Idaho 2011).

Finally, for the same reasons as Sold Kodiak's breach of contract claim, PFT's claims for breach of contract and breach of the Personal Guaranty also fail (Counts V and VI). An exercise of the right of setoff is not a breach of the contract between PFT and SRM. And, without a breach of contract, there was nothing for any personal guarantors to guarantee.

The Counterclaims should be dismissed.

DATED June 18, 2026.                    PARSONS BEHLE & LATIMER

                                        /s/ John E. Cutler
                                        Lee Radford
                                        John E. Cutler
                                        Daniel Biddulph

                                        *Attorneys for SRM-Kodiak America, LLC;
                                        Lawrence Wayne Powell, Jr.; Kurt Harman;
                                        Jonathan Price; and Kodiak America, LLC
                                        (Texas)*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *SRM-Kodiak America, Powell, Harman, Price, and Kodiak Texas's Motion to Dismiss Amended Counterclaims* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, ALEXANDER, MOLLERUP &<br>DANIELSON, PLLC<br>P.O. Box 366<br>Twin Falls, ID  83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>    *benoitlaw@benoitlaw.com*<br>    *messinger@benoitlaw.com*<br>    *mollerup@benoitlaw.com* |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID  83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>    *dwg@magicvalleylaw.com* |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID  83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>    *mmorris@swlaw.com*<br>    *tmmiller@swlaw.com*<br>    *bemills@swlaw.com* |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID  83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>    *pete@mrwlaw.net* |

SRM-KODIAK AMERICA, POWELL, HARMAN, PRICE, AND KODIAK TEXAS'S MOTION TO DISMISS AMENDED COUNTERCLAIMS - 5
34546.001\4929-2089-7459

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID  83303
*Attorneys for Defendants Scott Pilling, IIOVIII*
*Precision, LLC, Sawtooth Industrial, LLC, and*
*Intermountain Living, LLC*

[x] CM/ECF
    *kbastian@wrightbrotherslaw.com*

    DATED June 18, 2026.

    */s/ John E. Cutler*
    Lee Radford
    John E. Cutler
    Daniel Biddulph