David W. Gadd (ISB# 7605)
**STOVER, GADD & ASSOCIATES, PLLC**
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929

Mark O. Morris (ISB# 10850)
Tara Martens Miller (ISB# 5773)
Benjamin J. Mills (ISB # 11748)
**SNELL & WILMER L.L.P.**
Key Business Center
702 W. Idaho Street, suite 1100
Boise, ID 83702
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mmorris@swlaw.com
        tmmiller@swlaw.com
        bemills@swlaw.com

*Attorneys for Kodiak America, LLC; Kodiak Northwest, Inc.,*
*BAUB LLC; Brek Pilling; and PFT Enviro investments, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>BREK PILLING, in individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an | **NOTICE OF NON-OPPOSITION TO MOTION TO SEAL**<br><br>Case No. 4:24-cv-00112-dcn<br><br>Chief District Judge David C. Nye |

1

Idaho limited liability company, IIOVIII PRECISION, LLC, an Idaho limited liability company, INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual;  DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XXX,

        Defendants.

KODIAK AMERICA, LLC; KODIAK NORTHWEST, INC.; BAUB LLC; BREK PILLING; AND PFT ENVIRO INVESTMENTS, LLC,

        Counterclaimants,

v.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

        Counterdefendant.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC, IIOVIII PRECISION, LLC; AND INTERMOUNTAIN LIVING, LLC,

        Counterclaimants,

v.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

        Counterdefendant.

2

Pursuant to Dist. Idaho Loc. Civ. R. 7.1(a)(5), Kodiak America, LLC; Kodiak Northwest, Inc.; BAUB LLC; Brek Pilling; and PFT Enviro investments, LLC hereby provide their notice of non-opposition to the Motion to Seal. (Dkt. 145.)

DATED this 9th day of July, 2026.

**STOVER, GADD & ASSOCIATES, PLLC**
David W. Gadd

**SNELL & WILMER L.L.P.**

*/s/ Benjamin J. Mills*
Mark O. Morris
Tarra Martens Miller
Benjamin J. Mills

*Attorneys for Kodiak America, LLC; Kodiak Northwest, Inc., BAUB LLC; Brek Pilling; and PFT Enviro investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Idaho by using the Court's CM/ECF System which effected service upon all counsel of record in this case, including, but not limited to:

Lee Radford
John E. Cutler
Daniel Biddulph
Gabe Davis
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83405-1505
Email: LRadford@parsonsbehle.com
        JCutler@parsonsbehle.com
        DBiddulph@parsonsbehle.com
        GDavis@parsonsbehle.com
*Attorneys for Plaintiff and Counterclaim Defendants Wayne Powell, Jonathan Price, Kurt Harmon, and Kodiak America, LLC*

Kyle E. Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P. O. Box 5678
Twin Falls, ID 83303
Email: kbastian@wrightbrotherslaw.com
*Attorneys for Defendants Scott Pilling; Sawtooth Industrial, LLC; IIOVIII Precision, LLC; Intermountain Living, LLC*

Martin R. Anderson
SMITH WOOLF ANDERSON & WILKINSON, PLLC
3480 Merlin Drive
Idaho Falls, ID 83404
Email: marty@eastidaholaw.net
*Attorneys for Defendant Budget Truck Center, LLC*

Peter M. Wells
MAY RAMMELL & THOMPSON CHARTERED
P. O. Box 370
Pocatello, ID 83204
Email: pete@mrwlaw.net
*Attorneys for Gary Wickersham*

Bren Erik Mollerup
BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC
P. O. Box 366
Twin Falls, ID 83303
Email: mollerup@benoitlaw.com
*Attorneys for Carolyn Shoemaker*

Kim J Trout
TROUT LAW, PLLC
3778 N. Plantation River Dr., Suite 101
Boise, ID 83703
Email: ktrout@trout-law.com
*Attorneys for Lurene Dille*

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
Email: btibbets@gmail.com
*Pro Se Counterdefendant*

/s/ Edela Irvin