Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC;*
*Lawrence Wayne Powell, Jr.; Kurt Harman;*
*Jonathan Price; and Kodiak America, LLC (Texas)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY | Case No. 4:24-cv-00112-DCN<br><br>**SRM-KODIAK AMERICA, POWELL, HARMAN, PRICE, AND KODIAK TEXAS'S MOTION TO STRIKE SECOND AMENDED COUNTERCLAIMS (DKT. 150)** |

34546.001\4904-0944-8640

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

Plaintiff and Counterclaim Defendant SRM-Kodiak America, LLC ("SRM"), and

Counterclaim Defendants Larence Wayne Powell, Jr. ("Powell"), Kurt Harman ("Harman"),

SRM-KODIAK AMERICA, POWELL, HARMAN, PRICE, AND KODIAK TEXAS'S MOTION TO STRIKE SECOND AMENDED COUNTERCLAIMS - 2
34546.001\4904-0944-8640

Jonathan Price ("Price"), and Kodiak America, LLC ("Kodiak Texas"), by and through their undersigned counsel of record, respectfully move pursuant to Federal Rule of Civil Procedure 12(f) and this Court's inherent authority to strike the Second Amended Counterclaims (Dkt. 150). *See Mendez v. City of Boise*, No. 1:21-CV-00446-DCN, 2023 WL 4902504, at *2 (D. Idaho July 31, 2023), *aff'd*, No. 23-35573, 2024 WL 2933475 (9th Cir. June 11, 2024) (citing *Canady v. Erbe Elektromedizin GmbH*, 307 F. Supp. 2d 2, 7 (D.D.C. 2004).

Further, because Counterclaimants did not respond to the motion to dismiss their first amended counterclaims, the Court should grant Counterclaimant Defendants' motion to dismiss (Dkt. 145) as unopposed.

DATED July 23, 2026.

PARSONS BEHLE & LATIMER

*/s/ John E. Cutler*

Lee Radford
John E. Cutler
Daniel Biddulph

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *SRM-Kodiak America, Powell, Harman, Price, And Kodiak Texas's Motion to Strike Second Amended Counterclaims* upon the following persons by the method of service indicated below:

Bren Mollerup
BENOIT, ALEXANDER, MOLLERUP &
DANIELSON, PLLC
P.O. Box 366
Twin Falls, ID  83303
*Attorneys for Defendant Carolyn Shoemaker*

[x] CM/ECF
 *benoitlaw@benoitlaw.com*
 *messinger@benoitlaw.com*
 *mollerup@benoitlaw.com*

David W. Gadd
STOVER GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID  83303-1428
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
 *dwg@magicvalleylaw.com*

Mark O. Morris
Tara Martens Miller
Benjamin J. Mills
SNELL & WILMER, LLP
Key Business Center
702 W. Idaho Street, Ste 1100
Boise, ID  83702
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
 *mmorris@swlaw.com*
 *tmmiller@swlaw.com*
 *bemills@swlaw.com*

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID  83204-0370
*Attorneys for Defendant Gary Wickersham*

[x] CM/ECF
 *pete@mrwlaw.net*

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID  83303
*Attorneys for Defendants Scott Pilling, IIOVIII*
*Precision, LLC, Sawtooth Industrial, LLC, and*
*Intermountain Living, LLC*

[x] CM/ECF
    *kbastian@wrightbrotherslaw.com*

DATED July 23, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph