David W. Gadd (ISB# 7605)
**STOVER, GADD & ASSOCIATES, PLLC**
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone:  (208) 736-9900
Facsimile:  (208) 736-9929

Mark O. Morris (ISB# 10850)
Tara Martens Miller (ISB# 5773)
Benjamin J. Mills (ISB # 11748)
**SNELL & WILMER L.L.P.**
Key Business Center
702 W. Idaho Street, suite 1100
Boise, ID 83702
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800
Email:  mmorris@swlaw.com
        tmmiller@swlaw.com
        bemills@swlaw.com

*Attorneys for Kodiak America, LLC; Kodiak Northwest, Inc.,*
*BAUB LLC; Brek Pilling; and PFT Enviro investments, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BREK PILLING, in individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company, IIOVIII | **ALTERNATIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS [Dkt. 147]**<br><br>Case No. 4:24-cv-00112-dcn<br><br>Chief District Judge David C. Nye |

| | |
|---|---|
| PRECISION, LLC, an Idaho limited liability company, INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual;  DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XXX,<br><br>          Defendants. | |
| KODIAK AMERICA, LLC; KODIAK NORTHWEST, INC.; BAUB LLC; BREK PILLING; AND PFT ENVIRO INVESTMENTS, LLC,<br><br>          Counterclaimants,<br><br>v.<br><br>SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>          Counterdefendant. | |
| SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC, IIOVIII PRECISION, LLC; AND INTERMOUNTAIN LIVING, LLC,<br><br>          Counterclaimants,<br><br>v.<br><br>SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>          Counterdefendant. | |

Pursuant to Fed. R. Civ. P. 6 and Dist. Idaho Loc. Civ. R. 7.1, Defendants and Counterclaim Plaintiffs Kodiak America, LLC; Kodiak Northwest, Inc., BAUB LLC; Brek Pilling; and PFT Enviro investments, LLC (collectively, the "**Brek Pilling Parties**") move, in the alternative and as explained below, for an extension of time to respond to Counterclaim Defendants SRM-Kodiak

2

America, LLC ("**SRM-Kodiak**"), Lawrence Wayne Powell, Jr., Kurt Harman, Jonathan Price, and Kodiak America, LLC's (collectively, "**Counterclaim Defendants**") *Motion to Dismiss Amended Counterclaims* (Dkt. 147) (the "**Motion to Dismiss**").

Ultimately, this requested relief should be unnecessary and this Motion should be denied as moot, but the Brek Pilling Parties hereby seek the requested relief out of an abundance of caution. The Court should deny Counterclaim Defendants' *Motion to Strike Second Amended Counterclaims* (Dkt. 151) ("**Motion to Strike**") for the reasons set forth in the Brek Pilling Parties' *Response to Motion to Strike Second Amended Counterclaims* (Dkt. 152). Doing so would render this Motion moot because the Motion to Dismiss targeted counterclaims that have been superseded by an amended pleading, making the Motion to Dismiss, itself, moot. If the Court grants the Motion to Strike, however, and strikes the Brek Pilling Parties' operative pleading, the Court should nevertheless provide the Brek Pilling Parties an opportunity to respond to the Motion to Dismiss on the merits for the reasons set forth in the Response. (*See id.*) Those reasons are incorporated herein by reference, to avoid redundancy, and for the Court's convenience. *See* Fed. R. Civ. P. 10(c).

DATED this 13th day of August, 2026.

SNELL & WILMER L.L.P.

/s/ *Mark O. Morris*
Mark O. Morris
Tarra Martens Miller
Benjamin J. Mills

STOVER, GADD & ASSOCIATES, PLLC
David W. Gadd
905 Shoshone St. N.
P. O. Box 1428
Twin Falls, Idaho 83303-1428

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Idaho by using the Court's CM/ECF System which effected service upon all counsel of record in this case, including, but not limited to:

Lee Radford
John E. Cutler
Daniel Biddulph
Gabe Davis
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83405-1505
Email: LRadford@parsonsbehle.com
      JCutler@parsonsbehle.com
      DBiddulph@parsonsbehle.com
      GDavis@parsonsbehle.com
*Attorneys for Plaintiff and Counterdefendants Wayne Powell, Jonathan Price, Kurt Harmon, and Kodiak America, LLC*

Kyle E. Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P. O. Box 5678
Twin Falls, ID 83303
Email: kbastian@wrightbrotherslaw.com
*Attorneys for Defendants Scott Pilling; Sawtooth Industrial, LLC; IIOVIII Precision, LLC; Intermountain Living, LLC*

Martin R. Anderson
SMITH WOOLF ANDERSON & WILKINSON, PLLC
3480 Merlin Drive
Idaho Falls, ID 83404
Email: marty@eastidaholaw.net
*Attorneys for Defendant Budget Truck Center, LLC*

Peter M. Wells
MAY RAMMELL & THOMPSON CHARTERED
P. O. Box 370
Pocatello, ID 83204
Email: pete@mrwlaw.net
*Attorneys for Gary Wickersham*

4

Bren Erik Mollerup
BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC
P. O. Box 366
Twin Falls, ID 83303
Email: mollerup@benoitlaw.com
*Attorneys for Carolyn Shoemaker*

Kim J Trout
TROUT LAW, PLLC
3778 N. Plantation River Dr., Suite 101
Boise, ID 83703
Email: ktrout@trout-law.com
*Attorneys for Lurene Dille*

Brian L. Tibbets
1411 23rd Street
Ogden, Utah 84401
btibbets@gmail.com
*Counterdefendant, Pro Se*

*/s/ Edela Irvin*
