Daniel Biddulph, ISB #11561
John E. Cutler, ISB #9907
Lee Radford, ISB #5719
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
DBiddulph@parsonsbehle.com
JCutler@parsonsbehle.com
LRadford@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**FOURTH STIPULATED MOTION TO MODIFY SCHEDULING ORDER**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and to this Court's Scheduling Order [Dkt. 58], Amended Scheduling Order [Dkt. 114], Second Amended

Scheduling Order [Dkt. 124], and Third Amended Scheduling Order [Dkt. 134], Plaintiff SRM-Kodiak America, LLC and Defendants Brek Pilling, Scott Pilling, Kodiak America, LLC, Kodiak Northwest, Inc., Baub LLC, PFT Enviro Investments, LLC, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, Intermountain Living, LLC, Brek Pilling as trustee of the Pilling Family Trust, Carolyn Shoemaker, and Gary Wickersham, (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly submit this *Fourth Stipulated Motion to Modify Scheduling Order*.

The Parties respectfully ask this Court to modify its Third Amended Scheduling Order [Dkt. 134] in accordance with the proposed Fourth Amended Scheduling Order, sent to the Court Clerk contemporaneously herewith, which reflects the following modifications:

- Extension of the deadline for completion of all factual discovery from November 13, 2026, to January 29, 2027;
- Extension of the deadline for Plaintiff to disclose the experts intended to be called at trial from December 14, 2026, to March 15, 2027;
- Extension of the deadline for Defendant to disclose the experts intended to be called at trial from January 14, 2027, to April 29, 2027;
- Extension of the deadline for identification of rebuttal experts from February 2, 2027, to May 20, 2027;
- Extension of the deadline for completion of all expert discovery from March 2, 2027, to June 17, 2027;
- Extension of the deadline for dispositive motions to be filed from March 15, 2027, to July 1, 2027; and

- Extension of the deadline for the parties to participate in mediation from May 19, 2027, to September 3, 2027.

Good cause exists for the extension because additional time is needed to complete fact and expert discovery necessary to fully develop the record in this matter. The Parties have engaged in substantial discovery to date, but several key depositions and document productions remain outstanding. Due to scheduling conflicts, the volume of materials involved, the need to coordinate among multiple parties and witnesses, and the matters that have recently surfaced and remain pending, the Parties will not be able to complete discovery by the dates currently set by the Court (factual discovery by November 13, 2026, and expert discovery by March 2, 2027). Furthermore, Plaintiff and Counterclaim Defendants' Motion to Dismiss Amended Counterclaim [Dkt. 147] and Motion to Strike Second Amended Counterclaims [Dkt. 151] remain pending, and the disposition of these motions will impact discovery.

Extending the deadlines as set forth above will ensure that the Parties are able to obtain all relevant evidence necessary for the case to be decided on its merits, rather than on an incomplete record. This extension is sought in good faith and not for the purpose of delay, and it will promote judicial efficiency by reducing the likelihood of discovery disputes or later motions to reopen discovery.

For each of the foregoing reasons, the Parties ask this Court to grant this Motion and to modify its Third Amended Scheduling Order [Dkt. 134] to reflect the changes set forth above and shown in the proposed Fourth Amended Scheduling Order submitted contemporaneously herewith.

SIGNATURE PAGE TO FOLLOW

DATED September 10, 2026.

PARSONS BEHLE & LATIMER

*/s/ Daniel Biddulph*
Daniel Biddulph
John E. Cutler
Lee Radford

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

DATED September 15, 2026.

BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC

*Electronically signed with email permission*

*/s/ Bren Mollerup*
Bren Mollerup

*Attorneys for Defendant Carolyn Shoemaker*

DATED September 18, 2026.

SNELL & WILMER, LLP

*Electronically signed with email permission*

*/s/ Tara Martens Miller*
Mark O. Morris
Tara Martens Miller
Benjamin J. Mills

*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

DATED September 10, 2026.

MAY, RAMMELL & WELLS,
CHARTERED

*Electronically signed*
*with email permission*

*/s/ Peter M. Wells*

Peter M. Wells

*Attorneys for Defendant Gary Wickersham*

DATED September 11, 2026.

WRIGHT BROTHERS LAW OFFICE,
PLLC

*Electronically signed*
*with email permission*

*/s/ Kyle Bastian*

Kyle Bastian

*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Fourth Stipulated Motion to Modify Scheduling Order* upon the following persons by the method of service indicated below:

Bren Mollerup
BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC
P.O. Box 366
Twin Falls, ID 83303
*Attorneys for Defendant Carolyn Shoemaker*

[x] CM/ECF
benoitlaw@benoitlaw.com
messinger@benoitlaw.com
mollerup@benoitlaw.com

David W. Gadd
STOVER GADD & ASSOCIATES, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID 83303-1428
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
dwg@magicvalleylaw.com

Mark O. Morris
Tara Martens Miller
Benjamin J. Mills
SNELL & WILMER, LLP
Key Business Center
702 W. Idaho Street, Ste 1100
Boise, ID 83702
*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust*

[x] CM/ECF
mmorris@swlaw.com
tmmiller@swlaw.com
bemills@swlaw.com

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID 83204-0370
*Attorneys for Defendant Gary Wickersham*

[x] CM/ECF
pete@mrwlaw.net

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
*kbastian@wrightbrotherslaw.com*

DATED September 21, 2026.

*/s/ Daniel Biddulph*
Daniel Biddulph
John E. Cutler
Lee Radford