Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS AGAINST THE SCOTT PILLING DEFENDANTS**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

Plaintiff SRM-Kodiak America, LLC ("**SRM**"), by and through its undersigned counsel of record, Parsons Behle & Latimer, and pursuant to Federal Rules of Civil Procedure 37(b)(2) and 37(e)(2), District of Idaho Local Civil Rules 7.1 and 37.1, and the Court's inherent authority, respectfully moves the Court for an order imposing discovery sanctions against Defendants Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC (collectively, the "**Scott Pilling Defendants**").

This Motion arises from the Scott Pilling Defendants' failure to comply with the Court's September 10, 2025 order (Dkt. 121) (the "**Native-Format Order**"), which directed them to produce the design schematics of their snow removal machines "in their native SolidWorks program format" with functioning feature trees. Although the Scott Pilling Defendants had already produced hundreds of scanned printouts of their engineering drawings, they have denied possession of—and refused to produce—the native SolidWorks drawing files (.slddrw) from which those printouts were necessarily generated.

By this Motion, SRM respectfully requests that the Court enter an order:

1. Deeming established, pursuant to Rule 37(b)(2)(A)(i), that native SolidWorks files—including the .slddrw drawing files—corresponding to each snow blower model the Scott Pilling Defendants claim to have independently developed or reverse engineered existed in their possession at all relevant times, and that those files reflect that the Scott Pilling Defendants' designs were copied from or derived from SRM's proprietary designs;

2. In the alternative, instructing the jury—in mandatory rather than permissive terms, pursuant to Rule 37(b)(2) and, as applicable, Rule 37(e)(2)—that the withheld native files are presumed to show that the Scott Pilling Defendants' designs were copied from SRM's;

3. Precluding the Scott Pilling Defendants, pursuant to Rule 37(b)(2)(A)(ii), from offering any testimony, exhibit, expert opinion, or argument that their machines were independently designed, and from asserting that the native drawing files do not exist or were never in their possession;

4. Awarding SRM its reasonable expenses, including attorney's fees and forensic and expert costs, incurred as a result of the noncompliance, pursuant to Rules 37(a)(5)(A) and 37(b)(2)(C) and the Court's inherent power; and

5. Ordering that any belated production will not purge the violation or displace the sanctions, and granting such further relief as the Court deems just and proper—including terminating sanctions, which SRM expressly reserves the right to seek if the Scott Pilling Defendants' misconduct continues.

This Motion is supported by the accompanying Memorandum in Support, the Declaration of Counsel and the Declaration of David G. Smith (and the exhibits thereto) filed herewith, the pleadings and records on file in this action. SRM respectfully requests oral argument on this Motion.

**Certification Pursuant to Local Civil Rule 37.1.** Undersigned counsel certifies that, in compliance with District of Idaho Local Civil Rule 37.1 and the discovery-dispute procedures established by Magistrate Judge Grasham (Dkt. 157, Fourth Amended Scheduling Order ¶ 11), counsel for SRM met and conferred in good faith with counsel for the Scott Pilling Defendants over a period of months in an effort to resolve this dispute without the Court's intervention, and the parties have been unable to do so.

DATED October 12, 2026.

PARSONS BEHLE & LATIMER

*/s/ John E. Cutler*

Lee Radford
John E. Cutler
Daniel Biddulph

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>*benoitlaw@benoitlaw.com*<br>*messinger@benoitlaw.com*<br>*mollerup@benoitlaw.com* |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>*dwg@magicvalleylaw.com* |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>*mmorris@swlaw.com*<br>*tmmiller@swlaw.com*<br>*bemills@swlaw.com* |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID 83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>*pete@mrwlaw.net* |

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
kbastian@wrightbrotherslaw.com

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
*Counterdefendant Pro Se*

[x] Email
btibbets@gmail.com

DATED October 12, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph