Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**DECLARATION OF DAVID SMITH IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS AGAINST THE SCOTT PILLING DEFENDANTS**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

---

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

---

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

I, David G. Smith, declare and state as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. The statements in this declaration are based on my personal knowledge and professional expertise.

2. I am a licensed Professional Engineer in the states of Utah and Idaho. I hold a Master of Science in Mechanical Engineering and an MBA with an emphasis in product development. I currently serve as President of Alpine Engineering and Design, Inc. My background includes almost two decades of experience in mechanical design, product development, forensic engineering, and failure analysis. I have been retained as an expert in over 150 intellectual property, product liability, and engineering matters. My qualifications are more fully set forth in my curriculum vitae, provided herewith as **Exhibit A**.

3. I have been retained by SRM-Kodiak America, LLC ("**SRM**") as an expert in connection with this matter to review and evaluate the engineering claims made by Defendants.

4. I have reviewed the CAD files provided by Sawtooth Industrial in discovery. The files provided were created in Solidworks. Solidworks is a very popular 3-dimensional Computer Aided Drafting (CAD) software used to model parts and assemblies prior to production. The final work product typically created by any CAD software is a drawing of a part or assembly, which is then provided to the manufacturer. CAD programs have specific file types for the drawing files, but once created the drawings can be saved to a number of different file types including pdfs.

5. This process is explained in a video tutorial as follows. The first step is to create the 3D model, or part file, in Solidworks, as shown in the example below.[1]




6. Then a drawing file is made from the part file where views and dimensions are added, as shown below.[2]




1 https://www.youtube.com/watch?v=9e-5uwMvvbk timestamp 0:00

2 https://www.youtube.com/watch?v=9e-5uwMvvbk timestamp 12:18

7. Finally, the completed drawing file can be saved as a pdf file, as shown below.[3]




8. Sawtooth Industrial has included several pdf files for various part and assembly drawings used to manufacture the device in question. One such assembly pdf drawing is shown below, *see* SP&E 23268.[4]

[redacted]

---

[3] https://www.youtube.com/watch?v=9e-5uwMvvbk timestamp 13:02

[4] A true and correct copy of the PDF SP&E 23268 is provided herewith under seal as **Exhibit C**.

9. The pdf file shown above must have been created from a drawings file within Solidworks. Sawtooth Industrial provided one SolidWorks drawing file (SP&E 23154.slddrw) that is of the same assembly drawing as shown above. However, the drawing file provided will not open properly, due to a file naming issue. Though the file cannot properly open, Solidworks provides a preview for drawing files in the search window. Below is a screen shot taken of the drawing file preview within Solidworks.

[redacted]

10. As can be seen above, the drawing file preview appears to be the same as the pdf file previously shown above. The preview above shows that the pdf file was created from a Solidworks drawing file as would be expected.

11. Whereas the Scott Pilling Defendants have produced only one (non-working) ".slddrw" file, they have produced literally hundreds of pages of scanned printouts of drawing files bearing the hallmarks of having originated with a Solidworks drawing (.slddrw) file, as shown in **Exhibit B**, (the "**Scanned Prints**"), provided herewith under seal.

12. As explained by reference to the tutorial video at the outset, it bears emphasizing that based on my decades of experience and knowledge a Solidworks drawing (.slddrw) file is required in order to generate the Scanned Prints evidenced at Exhibit B.

13. There is a fixed sequence beginning with building the three-dimensional model—either a single part (in Solidworks, a ".sldprt" file) or an assembly of parts (a ".sldasm" file). To transfer this three-dimensional, digital, model to a printed paper with dimensions and/or different views (side-view, top view, isometric view), the program requires creation of a *separate* file: a drawing file (in Solidworks, a ".slddrw" file).

14. The drawing file does not contain independent geometry; it references the underlying part or assembly model and places two-dimensional views of it on one or more sheets — orthographic projections, section views, detail views, dimensions, tolerances, annotations, a bill of materials, and a title block. This referential relationship is fundamental: a drawing view is a live projection of the model, not a hand-drawn picture.

15. Committing this digital drawing file to paper is accomplished one way: by opening the drawing file (.slddrw) in the CAD application and sending it to a printer or a PDF writer. The software provides no path from a 3D model directly to a finished, dimensioned, titled drawing sheet without a drawing file. Every mainstream competitor (Autodesk Inventor, PTC Creo, CATIA) works the same way you start with a three-dimensional model → drawing →

printout to paper. This is not a matter of custom or preference; it is a universal workflow embedded in all of the CAD programs.

16. In the Scanned Prints attached as Exhibit B, it appears the Scott Pilling Defendants added one more step to the end of this process—they physically printed the files (rather than directly generating a PDF) and then they took the physically printed files and scanned the printed documents for production to SRM.

17. **The Scanned Prints could not exist without native drawing files.** For every Scanned Print that displays the drawing apparatus described above—multiple model-derived views, section/detail views, associative dimensions and tolerances, a formatted title block, and (on the assemblies) an auto-generated BOM—that sheet necessarily originated from a native CAD drawing file opened and printed in the CAD application. There is no other mechanism in Solidworks or any comparable system by which such a sheet can be produced. Scanning the printed sheet to PDF is a downstream step that does not create the sheet; it copies a sheet that a native drawing file already generated.

18. **The native drawing files, in turn, presuppose native model files.** Because a Solidworks drawing file contains no independent geometry and instead references a part (.SLDPRT) or assembly (.SLDASM) model, each drawing file that produced a Scanned Print necessarily was accompanied by the native model file(s) it referenced. This is especially clear on the assembly sheets, whose bills of materials are built by reading a referenced assembly's components.

19. **Timing and custody.** For each Scanned Print that names a drafter and bears a date, the native drawing file was created by the individual named in the title block and existed no later than the date printed on the sheet's face. Those fields identify the custodian on whose

workstation (or in whose vaulted file environment) the native files resided, and fix a date by which the files existed.

20. My opinions are based on the materials available to date. I reserve the right to supplement or amend them if additional information is produced—including any native files, metadata, or file-system records.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 12, 2026.

DocuSigned by:
David Smith
6A20E9F29A134DD...

David G. Smith, MSME, MBA, PE, CSP
Vice President, Alpine Engineering and Design, Inc.

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Declaration of David Smith in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>benoitlaw@benoitlaw.com<br>messinger@benoitlaw.com<br>mollerup@benoitlaw.com |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>dwg@magicvalleylaw.com |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>mmorris@swlaw.com<br>tmmiller@swlaw.com<br>bemills@swlaw.com |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID 83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>pete@mrwlaw.net |

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
*kbastian@wrightbrotherslaw.com*

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
*Counterdefendant Pro Se*

[x] Email (Redacted copy of Declaration and Exhibit A only)
btibbets@gmail.com

DATED October 12, 2026.

*/s/ Daniel Biddulph*
Lee Radford
John E. Cutler
Daniel Biddulph