Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION FOR DISCOVERY SANCTIONS AGAINST THE SCOTT PILLING DEFENDANTS**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

---

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

---

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

I, John E. Cutler, declare and state as follows:

1. I am an attorney of record for Plaintiff SRM-Kodiak America, LLC in the above-captioned action. I am of sound mind, and I make this Declaration based on my own personal knowledge.

2. I have participated in the discovery process of the above-captioned lawsuit, including drafting discovery requests, reviewing discovery responses and document productions, and corresponding with counsel for the Scott Pilling Defendants.

3. Early on in the discovery process, the Scott Pilling Defendants produced roughly four hundred scanned pages of physical engineering drawings.

4. Those drawings were incomplete, and after some motion practice, the Scott Pilling Defendants were ordered to produce their design schematics "in their native SolidWorks program format" with functioning feature trees. *See* Dkt. 121 (the "**Native-Format Order**").

5. In response to the Native-Format Order, the Scott Pilling Defendants produced a supplemental set of documents that once more contained no working native drawing files.

6. After a review of these documents, I reached out to counsel for the Scott Pilling Defendants to request additional supplemental documents that *included* the native drawing files.

7. In response, counsel for the Scott Pilling Defendants assured me that after a diligent search, no .slddrw SolidWorks files or their equivalents in another program were located. *See* Feb. 23, 2026, Email from K. Bastian to J. Cutler, provided herewith as **Exhibit A**, and Mar. 13, 2026, Email from K. Bastian to J. Cutler, provided herewith as **Exhibit D**.

8. In response, I pointed out that the prior production of PDF schematics "demonstrate possession of the .slddrw (or equivalent) digital file." *See* Mar. 6, 2026, Email from J. Cutler to K. Bastian with attachments, provided herewith as **Exhibit B**.

9. The Scott Pilling Defendants held to their denial that the files could not be located and that the Court's order had been satisfied. *See* Mar. 7, 2026, Email from K. Bastian to J. Cutler, provided herewith as **Exhibit C**.

10. Counsel for the Scott Pilling Defendants further doubled down and confirmed their compliance with the Native-Format Order, insisting that they had "nothing to hide." *Id.* The Scott Pilling Defendants again reaffirmed their position by email on March 13, 2026. *See* Mar. 13, 2026, Email from K. Bastian to J. Cutler, provided herewith as **Exhibit D**.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on October 12, 2026.

*/s/ John E. Cutler*
John E. Cutler

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Declaration of Counsel in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>benoitlaw@benoitlaw.com<br>messinger@benoitlaw.com<br>mollerup@benoitlaw.com |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>dwg@magicvalleylaw.com |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>mmorris@swlaw.com<br>tmmiller@swlaw.com<br>bemills@swlaw.com |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID 83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>pete@mrwlaw.net |

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
kbastian@wrightbrotherslaw.com

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
*Counterdefendant Pro Se*

[x] Email
*btibbets@gmail.com*

DATED October 12, 2026.

*/s/ Daniel Biddulph*
Lee Radford
John E. Cutler
Daniel Biddulph