# EXHIBIT A

## to 2026-10-12 Declaration of Counsel in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants

**Kenna Burgie**

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Monday, February 23, 2026 3:26 PM
**To:** John E. Cutler; Daniel Biddulph; Gabe Davis; Bren Mollerup; David W. Gadd; Morris, Mark; Mills, Benjamin; Miller, Tara Martens; Marty R. Anderson; Peter Wells; Kim Trout; Alyssa Jones
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

**This Message Is From an External Sender**
This message came from outside your organization.
Report Suspicious

John,

In response to the issues you raised below:

- Following a diligent search, no .drw Solidworks files were located.
- Any split back files were produced previously in pdf/digital format.
- Redactions to SP&E 21375–21380 and 21382 were limited to Wells Fargo routing and account numbers. Unredacted versions will be produced as Attorney Eyes Only, if necessary.

Thanks,
-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

*********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Wednesday, February 18, 2026 11:09 AM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

I'm also seeing redactions on SP&E 21375 to 21380 and 21382. I do not see any privilege log explaining the redaction or the basis for it. These are already marked attorney eyes only, we will need to receive unredacted copies. If you believe there is a basis for redaction, please explain it.

Thank you,

John

PARSONS BEHLE & LATIMER
A Professional Law Corporation

**John E. Cutler**
Attorney at Law
**Parsons Behle & Latimer**
350 Memorial Drive, Suite 300 • Idaho Falls, Idaho 83402
Main +1 208.522.6700 • Direct +1 208.528.5223

**parsonsbehle.com** • JCutler@parsonsbehle.com • vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

---

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Wednesday, February 18, 2026 9:05 AM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** Re: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

We have also confirmed that our experts do not have any files whether digital or PDF for a splitpack machine. And these files are ones that your clients advised in prior written discovery that they were compiling and would be producing. That was months ago, so I expect the files should now be ready to go and can also be delivered in similar timeframe to the .drw solidworks files.

Thanks,

John

Get Outlook for iOS

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Monday, February 16, 2026 1:59:45 PM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com <admin@magicvalleylaw.com>; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net <kim@eastidaholaw.net>
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

Our experts have been reviewing the files provided, and it has become apparent that they are missing all the .drw solidworks files associated with the parts and assemblies. These .drw files contain critical feature tree and revision history data that show information (e.g. when a document was created, what the tolerances were, etc.). Please advise whether these files in working format can be provided within 10 days. If that timeframe is not workable, please advise a reasonable time when these can be provided as they are encompassed within the requirements of the existing order on the motion to compel. And as such they should already have been provided months ago.

Thank you,

John

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

---

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Friday, October 17, 2025 11:30 AM
**To:** John E. Cutler <JCutler@parsonsbehle.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

All-

We were notified of a potential issue with this production, specifically native files produced last Friday as SP&E 21453 – SP&E 23262. In reviewing that production, we determined that using bates numbers for file names may have caused the issue. This morning we are reproducing those files using original file names, which should solve the issue. The reproduction can be accessed using the same link provided previously in a new folder entitled "2025.10.17 Reproduction." Let us know if you have any further issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian

Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Kyle Bastian
**Sent:** Friday, October 10, 2025 4:51 PM
**To:** John E. Cutler <jcutler@parsonsbehle.com>; Daniel Biddulph <dbiddulph@parsonsbehle.com>; Gabe Davis <gdavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Subject:** SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Counsel-

Attached please find the following:

- Second Supplemental Response to First Set of Discovery Requests to Scott Pilling
- Second Supplemental Response to First Set of Discovery Requests to Sawtooth Industrial, LLC
- Second Supplemental Response to First Set of Discovery Requests to IIOVIII Precision, LLC

Our document production, SP&E 21453 – SP&E 23531, will follow in a separate email. Let us know if you encounter any issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.