# EXHIBIT D

**to 2026-10-12 Declaration of Counsel in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants**

## Kenna Burgie

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Friday, March 13, 2026 12:01 PM
**To:** John E. Cutler; Daniel Biddulph; Bren Mollerup; David W. Gadd; Morris, Mark; Mills, Benjamin; Miller, Tara Martens; Marty R. Anderson; Peter Wells; Kim Trout; Alyssa Jones
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

**This Message Is From an External Sender**
This message came from outside your organization.
Report Suspicious

John,

Following a diligent search, no .slddrw SolidWorks files or their equivalents in another program were located.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Kyle Bastian
**Sent:** Saturday, March 7, 2026 6:28 PM
**To:** John E. Cutler <JCutler@parsonsbehle.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

John,

No, I have been otherwise occupied. You asked us to check for .drw files; we checked and got you an answer. Now you are asking us to check for .slddrw files. It seems like you keep moving the target; but we are in the process of checking and will get back to you.

Our position remains unchanged—we have fully complied with the Court's Order [Dkt. 121] and have nothing to hide.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Friday, March 6, 2026 3:14 PM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN
**Importance:** High

Kyle,

You have declined to respond to timely respond to this email. And the more we dig into this issue on our end, the more problematic your clients' response to our request for supplementation appears. As evidenced from each the emails and filings attached, your clients have been fully aware our meet and confer efforts seeking the digital design files, including .slddrw files or their equivalents in another program. Indeed our discovery requests from May 2025 specifically sought all Computer-Aided Design (CAD) digital files—without regard for the program used to generate them. Moreover, your clients' production of numerous PDF schematics and drawings at various points during this lawsuit demonstrate possession of the .slddrw (or equivalent) digital file. And yet the corresponding .slddrw (or equivalent) files have not been produced in direct violation of the Court's order that such were to be produced by October 10, 2025.

So, again, I would ask that you please confirm by no later than March 10, 2026, whether your clients possess digital drawing files (e.g., .slddrw). If your clients do possess such files, please advise by this same date whether the files will be produced (and if so when). If your clients assert that they do not possess such files, please advise by this same date what happened to the files (as they appear to have existed earlier in the case based on your production of PDF drawings that could not exist without the existence of digital files).

Best,

John

**John E. Cutler**
Attorney at Law
Direct +1 208.528.5223

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Monday, February 23, 2026 6:49 PM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** Re: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

Just to make sure my non-engineer speak isn't part of the issue, the files we're looking for are "SolidWorks Drawings" files or ".slddrw" files or the equivalent drawing file from a solid works competitor program. Our prior correspondence and court filings have consistently been referring to solidworks files and I would expect my colloquial reference in one email to .drw would fairly communicate to your client the type of file we are looking for— see my more precise description above and in prior correspondence. But in case there was some hang up with respect to .drw specifically — I want to be clear we are missing and still overdue to receive all "SolidWorks Drawings files" or ".slddrw files" or the equivalent drawing file from a solid works competitor program.

As non-exhaustive examples of the types of information contained in these files, drawing files are what capture revisions, manufacturing instructions, material characteristics, and within assemblies they include complete instructions on how to assemble or weld something together.

Please confirm either (a) such files exist and have not yet been produced, or (b) your client has no drawing files for their machines.

Lastly, I expect it goes without saying that when you indicate these files do not exist, the assertion is that they have never existed— and not that they have been destroyed or otherwise placed outside your clients' possession or control during the course of this lawsuit. But please advise if my assumption is inaccurate.

Thanks,

John

Get Outlook for iOS

**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Monday, February 23, 2026 3:46 PM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com <admin@magicvalleylaw.com>; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net <kim@eastidaholaw.net>
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

Can you confirm with respect to .drw Solidworks files that the equivalent of this file type is not simply maintained in a comparable competitor program to solidworks? I'm trying to understand if the representation being made is that Scott Pilling's companies do not possess/maintain any digital files conveying the same types of information or having the same purpose as a Solidworks .drw file.

Let me know if that's at all unclear, but I do believe if parallel file types maintained in a competitor program to Solidworks (e.g. Google Sheets vs. Excel) that my clients would be entitled to receive such files under the existing discovery and court order.

Thanks in advance for the clarification on this matter.

Best,

John

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

---

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Monday, February 23, 2026 3:26 PM
**To:** John E. Cutler <JCutler@parsonsbehle.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

John,

In response to the issues you raised below:

- Following a diligent search, no .drw Solidworks files were located.
- Any split back files were produced previously in pdf/digital format.

- Redactions to SP&E 21375–21380 and 21382 were limited to Wells Fargo routing and account numbers. Unredacted versions will be produced as Attorney Eyes Only, if necessary.

Thanks,
-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Wednesday, February 18, 2026 11:09 AM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

I'm also seeing redactions on SP&E 21375 to 21380 and 21382. I do not see any privilege log explaining the redaction or the basis for it. These are already marked attorney eyes only, we will need to receive unredacted copies. If you believe there is a basis for redaction, please explain it.

Thank you,

John

PARSONS BEHLE & LATIMER
A Professional Law Corporation

**John E. Cutler**
Attorney at Law
**Parsons Behle & Latimer**
350 Memorial Drive, Suite 300 • Idaho Falls, Idaho 83402
Main +1 208.522.6700 • Direct +1 208.528.5223

parsonsbehle.com • JCutler@parsonsbehle.com • vCard

**CONFIDENTIALITY NOTICE:** This electronic mail message and any attachment(s) are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, distribute, or copy this communication. If you have received the message in error, please immediately notify us by reply electronic mail or by telephone at +1 801.532.1234, and delete this original message.

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Wednesday, February 18, 2026 9:05 AM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** Re: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

We have also confirmed that our experts do not have any files whether digital or PDF for a splitpack machine. And these files are ones that your clients advised in prior written discovery that they were compiling and would be producing. That was months ago, so I expect the files should now be ready to go and can also be delivered in similar timeframe to the .drw solidworks files.

Thanks,

John

Get Outlook for iOS

**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

---

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Monday, February 16, 2026 1:59:45 PM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com <admin@magicvalleylaw.com>; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net <kim@eastidaholaw.net>
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Kyle,

Our experts have been reviewing the files provided, and it has become apparent that they are missing all the .drw solidworks files associated with the parts and assemblies. These .drw files contain critical feature tree and revision history data that show information (e.g. when a document was created, what the tolerances were, etc.). Please advise whether these files in working format can be provided within 10 days. If that timeframe is not workable, please advise a reasonable time when these can be provided as they are encompassed within the requirements of the existing order on the motion to compel. And as such they should already have been provided months ago.

Thank you,

John

**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

---

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Friday, October 17, 2025 11:30 AM
**To:** John E. Cutler <JCutler@parsonsbehle.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

All-

We were notified of a potential issue with this production, specifically native files produced last Friday as SP&E 21453 – SP&E 23262. In reviewing that production, we determined that using bates numbers for file names may have caused the issue. This morning we are reproducing those files using original file names, which should solve the issue. The reproduction can be accessed using the same link provided previously in a new folder entitled "2025.10.17 Reproduction." Let us know if you have any further issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Kyle Bastian
**Sent:** Friday, October 10, 2025 4:51 PM
**To:** John E. Cutler <jcutler@parsonsbehle.com>; Daniel Biddulph <dbiddulph@parsonsbehle.com>; Gabe Davis <gdavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Subject:** SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Counsel-

Attached please find the following:

- Second Supplemental Response to First Set of Discovery Requests to Scott Pilling
- Second Supplemental Response to First Set of Discovery Requests to Sawtooth Industrial, LLC
- Second Supplemental Response to First Set of Discovery Requests to IIOVIII Precision, LLC

Our document production, SP&E 21453 – SP&E 23531, will follow in a separate email. Let us know if you encounter any issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

*********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.