Brian L. Tibbets
1411 23rd Street
Ogden, Utah 84401
Telephone: 208-430-1567
btibbets@gmail.com

Counterdefendant, Pro Se

U.S. COURTS
OCT 26 2026
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware

Case No. 4:24-cv-00112-DCN

**MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC CASE FILING (CM/ECF)**

limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

COMES NOW Counterdefendant Brian L. Tibbets, appearing *pro se*, and respectfully moves this Court for an order granting him permission to register as an electronic filer and to participate in the Court's Electronic Case Filing (CM/ECF) system in the above-captioned matter.

This Motion is made on the ground that Mr. Tibbets is a self-represented litigant whose employment requires him to spend the majority of each year outside the United States, primarily in the People's Republic of China and the Republic of India, such that service and filing by

conventional paper means through the United States mail does not reliably reach him in time to permit him to defend this action. Permission to file and receive documents electronically through CM/ECF is necessary for Mr. Tibbets to monitor the docket, receive filings, and submit timely responses in this matter.

Self-represented parties are ordinarily required to file documents in paper form and are not registered as electronic filers absent leave of Court. Mr. Tibbets respectfully submits that good cause exists to grant him such leave, and that permitting his participation in CM/ECF will promote the just, speedy, and efficient determination of this action and will not prejudice any other party.

This Motion is supported by the Declaration of Brian L. Tibbets, filed and submitted herewith, and by the record in this matter.

WHEREFORE, Mr. Tibbets respectfully requests that the Court enter an order granting him permission to register for and participate in the Court's CM/ECF system in this matter, and granting such further relief as the Court deems just and proper.

DATED this 26th day of October, 2026.

*/s/ Brian L. Tibbets*
Brian L. Tibbets
Counterdefendant, Pro Se

**DECLARATION OF BRIAN L. TIBBETS IN SUPPORT OF MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC CASE FILING**

I, Brian L. Tibbets, declare as follows:

1. I am a Counterdefendant in the above-captioned matter and am representing myself in this action. I make this Declaration in support of my Motion for Permission to Participate in Electronic Case Filing (CM/ECF). The facts stated herein are true and correct and are within my personal knowledge, and if called as a witness I could and would competently testify to them.

2. I am named as a Counterdefendant in the counterclaims asserted in this action. I do not have an attorney of record and am appearing on my own behalf.

3. My principal residence address is 1411 23rd Street, Ogden, Utah 84401. My employment, however, requires me to spend the majority of each year working outside the United States, primarily in the People's Republic of China and the Republic of India.

4. Because I am out of the country for extended and often continuous periods, I am frequently unable to receive documents served or mailed to my United States address in a timely manner. Paper filings and correspondence sent by United States mail do not reliably reach me while I am abroad, and often do not reach me until long after the deadlines to respond have passed.

5. I have regular and reliable access to the internet at my locations in China and India, and I am able to access the Court's CM/ECF system, receive electronic notices, and file documents electronically from those locations.

6. Without the ability to participate in CM/ECF, I cannot reliably monitor the docket, receive the filings of other parties, or submit timely responses and defenses. This substantially

impairs my ability to defend myself in this action and places me at risk of default or of missing deadlines through no fault of my own.

7. I understand the responsibilities of an electronic filer, and I am willing and able to comply with all applicable Local Rules, General Orders, and CM/ECF procedures of this Court, including the requirements governing electronic filing and service. I will maintain a current electronic mail address with the Court and will promptly notify the Court and the parties of any change.

8. Granting me permission to participate in CM/ECF will allow this action to proceed efficiently, will ensure that I receive timely notice of filings, and will not prejudice any other party to this action.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2026.

*/s/ Brian L. Tibbets*
Brian L. Tibbets
Counterdefendant, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2026, I caused to be served a true and correct copy of the foregoing document upon the following persons by the method of service indicated below:

| | |
|---|---|
| Lee Radford<br>John E. Cutler<br>Daniel Biddulph<br>PARSONS BEHLE & LATIMER<br>350 Memorial Drive, Suite 300<br>Idaho Falls, Idaho 83402<br>Attorneys for SRM-Kodiak America, LLC, Lawrence Wayne Powell, Jr., Kurt Harman, Jonathan Price, and Kodiak America, LLC (Texas) | [X] Sent vial email<br>LRadford@parsonsbehle.com<br>JCutler@parsonsbehle.com<br>DBiddulph@parsonsbehle.com |
| Bren Mollerup<br>BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>Attorneys for Defendant Carolyn Shoemaker | [X] CM/ECF<br>benoitlaw@benoitlaw.com<br>messinger@benoitlaw.com<br>mollerup@benoitlaw.com |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust | [X] CM/ECF<br>dwg@magicvalleylaw.com |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak | [X] CM/ECF<br>mmorris@swlaw.com<br>tmmiller@swlaw.com<br>bemills@swlaw.com |

Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID 83204-0370
Attorneys for Defendant Gary Wickersham

[X] CM/ECF
pete@mrwlaw.net

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC

[X] CM/ECF
kbastian@wrightbrotherslaw.com

*/s/ Brian L. Tibbets*
Brian L. Tibbets