U.S. COURTS

OCT 26 2026

Rcvd______Filed______Time______
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Brian L. Tibbets
1411 23rd Street
Ogden, Utah 84401
Telephone: 208-430-1567
btibbets@gmail.com

Counterdefendant, Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware

Case No. 4:24-cv-00112-DCN

**JOINDER IN MOTION TO STRIKE SECOND AMENDED COUNTERCLAIMS**

limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

Counterdefendant Brian L. Tibbets, appearing pro se in his individual capacity, hereby joins in the Motion to Strike Second Amended Counterclaims (Dkt. 151) filed by Counterclaim Defendants SRM-Kodiak America, LLC, Lawrence Wayne Powell, Jr., Kurt Harman, Jonathan Price, and Kodiak America, LLC (Texas).

Mr. Tibbets is named as a Counterdefendant in this action. To the extent the Second Amended Counterclaims (Dkt. 150) assert any claim against Mr. Tibbets, he joins in and adopts

the moving parties' request that the Second Amended Counterclaims be stricken pursuant to Federal Rule of Civil Procedure 12(f) and the Court's inherent authority, for the reasons set forth in Dkt. 151.

Mr. Tibbets adopts and incorporates by reference the arguments and authorities set forth in Dkt. 151 as though fully set forth herein, and respectfully requests that the Court grant the Motion to Strike as to any claim asserted against him.

By filing this Joinder, Mr. Tibbets does not waive, and expressly reserves, all rights, objections, and defenses, including his right to answer or otherwise respond to any operative counterclaim within the time permitted under the Federal Rules of Civil Procedure in the event the Motion to Strike is denied in whole or in part.

DATED this 24th day of September, 2026.

*<u>/s/ Brian L. Tibbets</u>*
Brian L. Tibbets
Counterdefendant, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2026, I caused to be served a true and correct copy of the foregoing document upon the following persons by the method of service indicated below:

| | |
|---|---|
| Lee Radford<br>John E. Cutler<br>Daniel Biddulph<br>PARSONS BEHLE & LATIMER<br>350 Memorial Drive, Suite 300<br>Idaho Falls, Idaho 83402<br>Attorneys for SRM-Kodiak America, LLC, Lawrence Wayne Powell, Jr., Kurt Harman, Jonathan Price, and Kodiak America, LLC (Texas) | [X] CM/ECF<br>LRadford@parsonsbehle.com<br>JCutler@parsonsbehle.com<br>DBiddulph@parsonsbehle.com |
| Bren Mollerup<br>BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>Attorneys for Defendant Carolyn Shoemaker | [X] CM/ECF<br>benoitlaw@benoitlaw.com<br>messinger@benoitlaw.com<br>mollerup@benoitlaw.com |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust | [X] CM/ECF<br>dwg@magicvalleylaw.com |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak | [X] CM/ECF<br>mmorris@swlaw.com<br>tmmiller@swlaw.com<br>bemills@swlaw.com |

Northwest, Inc., PFT Enviro Investments,
LLC, and Brek Pilling as Trustee of the
Pilling Family Trust

Peter M. Wells
MAY, RAMMELL & WELLS, CHARTERED
216 W. Whitman
PO Box 370
Pocatello, ID 83204-0370
Attorneys for Defendant Gary Wickersham

[X] CM/ECF
pete@mrwlaw.net

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
Attorneys for Defendants Scott Pilling,
IIOVIII Precision, LLC, Sawtooth
Industrial, LLC, and Intermountain Living,
LLC

[X] CM/ECF
kbastian@wrightbrotherslaw.com

*/s/ Brian L. Tibbets*
Brian L. Tibbets