Kyle E. Bastian [ISB No. 10059]
WRIGHT BROTHERS LAW OFFICE, PLLC
1440 Blue Lakes Blvd. N., Suite A
P.O. Box 5678
Twin Falls, ID 83303-5678
Telephone No. (208) 733-3107
Fax No. (208) 733-1669
E-mail: kbastian@wrightbrotherslaw.com

*Attorneys for Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., and Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, and Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, and individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE | Case No. 4:24-cv-00112-DCN<br><br>**DECLARATION OF JORDAN NIELSEN** |

ENTITY DEFENDANTS I-XX,

Defendants.

SCOTT PILLING, an individual,

Counterclaimant,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

BREK PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; and PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

I, Jordan Nielsen, declare as follows:

1) My name is Jordan Nielsen. I have personal knowledge and am competent to testify regarding the factual information in this declaration.

2) I have been employed as a Mechanical Engineer at Southern Fabrication Works in Burley, Idaho since July 2026.

3) Prior to joining Southern Fabrication Works in July 2026, I was employed as a Mechanical Engineer at Ida-Mech Engineering in Rupert, Idaho.

4) I have been retained by Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC (the "Scott Pilling Parties") as an expert in connection with this matter to review and evaluate the engineering claims made by Plaintiff SRM-Kodiak America, LLC ("SRM").

5) I have extensive knowledge, skill, experience, and training in the field of mechanical engineering.

6) I am very familiar with the snow removal equipment manufacturing industry, as I designed snow blowers at Kodiak America, LLC from April 2014 through September 2021 and at SRM-Kodiak America, LLC from September 2021 through April 2023.

7) During my employment at Kodiak America, LLC, Kodiak had no Product Data Management ("PDM") add-on or vault, kept no automated revision control, and did not systematically archive drawings.

8) Reverse engineering is a common practice in the snow removal equipment manufacturing industry. One of the most common methods of reverse engineering is to create a new SolidWorks model by taking physical measurements of an acquired part and inputting those measurements into SolidWorks. Provided that the part is lawfully acquired, there is nothing inherently improper about reverse engineering using this method.

9) I have reviewed the Computer-Aided Design (CAD) files produced by the Scott Pilling Parties in discovery on October 17, 2025 as SP&E 21453–23262,[1] as well as the unredacted Declaration of David Smith [Dkt. 159], filed October 12, 2026.[2]

---

[1] This production included approximately 1,800 part and assembly files. It is my understanding that these files were originally produced on October 10, 2025, but were reproduced on October 17, 2025 to correct a file naming issue.

[2] Before receiving those documents, I reviewed the Stipulated Protective Order [Dkt. 51] and signed an Agreement to Abide by Protective Order.

10) I am very familiar with the SolidWorks software, which I use on a daily basis. SolidWorks is intended to be a "sand box" type of system for engineering and design, meaning there are multiple ways to accomplish the same task.

11) As Mr. Smith acknowledges in Paragraph 4 of his declaration, SolidWorks is a three-dimensional CAD software used to model parts and assemblies. Three-dimensional CAD models, such as the native .sldprt and .sldasm files produced by the Scott Pilling Parties in discovery, are viewed in three dimensions and include design history, the step-by-step record of how a part or assembly was built. I was able to confirm that the native .sldprt and .sldasm files produced by the Scott Pilling Parties in discovery on October 17, 2025 are working files with intact design history.

12) While the final work product in SolidWorks is generally a two-dimensional drawing (.slddrw) or cutting (.dxf) file for production, in my experience, it is common to archive only the three-dimensional part (.sldprt) and assembly (.sldasm) model files. If drawing or cutting files are archived (such as with the SolidWorks "Pack and Go" feature), this can significantly increase the scope and length of the task. As an alternative approach, SolidWorks drawing and cutting files can be recreated using the part or assembly model file and a pdf of the original drawing.

13) A SolidWorks drawing file is a two-dimensional representation of three-dimensional part or assembly. As Mr. Smith acknowledges in Paragraph 14 of his declaration, a two-dimensional drawing file has no independent geometry, as it is derived from a three-dimensional part or assembly model. While a drawing file's FeatureManager tree lists its own sheets and views, any model design history shown through a view belongs to the model file, not the drawing file.

14) SolidWorks has an optional Product Data Management ("PDM") add-on. PDM's main purpose is to provide a secure vault with version and revision history and check-in and check-out control. PDM tracks where parts and assemblies are used in other assemblies or referenced in drawings. While this add-on can provide important organizational benefits, it is expensive and may not be worth the return on investment for smaller manufacturing companies.

15) SolidWorks functions without PDM, but there are significant limitations. Without PDM, there is no centralized, automatic part or assembly tracking. All part, assembly, and drawing files must be organized manually. There is no design/revision history or logs. File name duplication in different folders is permitted, which may cause issues when sharing files.

16) A SolidWorks drawing file stores the file location and path name of each three-dimensional model it references. Without PDM, if a referenced model is moved, renamed, saved over, saved outside SolidWorks, or opened where the stored location does not exist, the model file link becomes severed from the drawing, and the drawing file may not open properly.

17) Given that IIOVIII Precision, LLC does not have PDM, it is unsurprising that the drawing (.slddrw) file referenced in Paragraph 9 of Mr. Smith's declaration will not open properly.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 2nd day of November, 2026.

Signed by:
Jordan Nielsen
9B4802CEA015406...
____________________________________
Jordan Nielsen