Kyle E. Bastian [ISB No. 10059]
WRIGHT BROTHERS LAW OFFICE, PLLC
1440 Blue Lakes Blvd. N., Suite A
P.O. Box 5678
Twin Falls, ID 83303-5678
Telephone No. (208) 733-3107
Fax No. (208) 733-1669
E-mail: kbastian@wrightbrotherslaw.com

*Attorneys for Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., and Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, and Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, and individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE

Case No. 4:24-cv-00112-DCN

**DECLARATION OF KENNETH RANDALL**

ENTITY DEFENDANTS I-XX,

Defendants.

SCOTT PILLING, an individual,

Counterclaimant,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

BREK PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; and PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

I, Kenneth Randall, declare as follows:

1) My name is Kenneth Randall. I have personal knowledge and am competent to testify regarding the factual information in this declaration.

2) I am the lead engineer at IIOVIII Precision, LLC ("IIOVIII").

3) From August 2019 through approximately September 2021, I was employed as a control/design engineer at Kodiak America, LLC, where I designed Kodiak snow blowers.

During the latter portion of my employment in 2021, I served as production manager and was responsible for managing approximately 30 employees.

4) During the entire time I worked at Kodiak America, LLC, Kodiak had no Product Data Management ("PDM") add-on or vault, kept no automated revision control, and did not systematically archive drawings. Rather, Kodiak maintained a single, large server with no backups.

5) From approximately September 2021 through February 2022, I was employed as an engineer at SRM-Kodiak America, LLC ("SRM") for the Kodiak product line.

6) When I began working at SRM in September 2021, the Kodiak engineering files were stored on a sever with no PDM, automated revision control, or backups.

7) During my employment at SRM, SRM began moving engineering files to a secure vault with revision control that Double L was using. I do not recall the exact date that process began, and I do not know whether SRM ever completed it.

8) When I started working at IIOVIII, operations were just getting started. Many parts were created in IIOVIII's first months of operation because early service work and new equipment design began around the same time, requiring many parts to be created at once. Some groups of files have identical creation dates and times because, the way IIOVIII operates SolidWorks, it is common for groups of files to be created, saved, or renamed simultaneously.

9) I have reviewed the redacted Declaration of David Smith [Dkt. 160-2], filed October 12, 2026.

10) I am very familiar with the SolidWorks software, which I use on a daily basis.

11) As Mr. Smith acknowledges in Paragraph 4 of his declaration, SolidWorks is a three-dimensional Computer-Aided Design ("CAD") software used to model parts and

assemblies. Three-dimensional CAD models, such as the native .sldprt and .sldasm files the Scott Pilling Parties produced in discovery on October 17, 2025 as SP&E 21453–23262,[1] are viewed in three dimensions and include design history, the step-by-step record of how a part or assembly was built.

12) While the final work product in SolidWorks is generally a two-dimensional drawing (.slddrw) or cutting (.dxf) file for production, IIOVIII archives only the three-dimensional part (.sldprt) and assembly (.sldasm) model files. IIOVIII does not archive the drawing or cutting files, which are outputs of the model. However, SolidWorks drawing and cutting files can be recreated using the part or assembly model file and a pdf of the original drawing.

13) A SolidWorks drawing file is a two-dimensional representation of a three-dimensional part or assembly. As Mr. Smith acknowledges in Paragraph 14 of his declaration, a two-dimensional drawing file has no independent geometry, as it is derived from a three-dimensional part or assembly model. A drawing file's FeatureManager tree lists its own sheets and views, but any model design history shown through a view belongs to the model file, not the drawing file.

14) SolidWorks has an optional PDM add-on. PDM's main purpose is to provide a secure vault with version and revision history and check-in and check-out control. PDM tracks where parts and assemblies are used in other assemblies or referenced in drawings. PDM can provide important organizational benefits, but is very expensive.

15) Due to cost, IIOVIII does not have PDM. There is no centralized, automatic part or assembly tracking. All part, assembly, and drawing files must be organized manually.

[1] These files were originally produced on October 10, 2025, but were reproduced on October 17, 2025 to correct a file naming issue.

16) At IIOVIII, every new machine we manufacture is unique. IIOVIII archives SolidWorks three-dimensional part (.sldprt) and assembly (.sldasm) files for its general process in IIOVIII's archived CAD files, located in the "completed projects folder," but does not archive two-dimensional SolidWorks drawing (.slddrw) files. Drawing files are stored separately in IIOVIII's working CAD folders. Since IIOVIII does not have PDM, drawing files carry no design history of their own and may not open properly due to severed file links. A drawing file becomes severed from the model it references if the model is moved, renamed, saved over outside SolidWorks, or opened where the stored location does not exist. In that situation, IIOVIII's general practice is to recreate the drawing file rather than repairing it.

17) We archive three-dimensional model files and pdf files so we can reference in the future what we built in the past. Two-dimensional drawing files do not help us achieve that and take up space on the server, so we do not archive them. Attempting to archive SolidWorks drawing files without PDM can lead to significant file management issues, such as files not opening properly due to severed file links.

18) In or about September 2025, I was asked to gather IIOVIII's native SolidWorks part and assembly files for production in this case.

19) I gathered the native part and assembly files from IIOVIII's archived CAD files, located in the completed projects folder, after which IIOVIII produced approximately 1,800 native part and assembly files in discovery on October 10, 2025.[2]

20) Because SolidWorks drawing (.slddrw) files are not stored in IIOVIII's archived CAD files, no drawing files were included in that production, with one exception (addressed in Paragraph 23, below).

[2] These files were reproduced on October 17, 2025 to correct a file naming issue.

21) At the time of the October 2025 production, I was aware that some SolidWorks drawing (.slddrw) files existed in IIOVIII's working CAD folders. I understood my task to be gathering the archived part and assembly model files, which contain each design's history. I did not understand my task to be gathering drawing files.

22) 1,085 SolidWorks drawing (.slddrw) files relating to native CAD models produced in discovery in October 2025 have been located in IIOVIII's working CAD folders. As far as I can tell, over 80% of those files appear to have severed file links and may not open properly. However, IIOVIII is producing those files to SRM's counsel in their existing state, without repair, in supplemental discovery concurrently herewith.[3]

23) The drawing (.slddrw) file referenced in Paragraph 9 of Mr. Smith's declaration will not open because the file link was severed at some point. The file did not originate from IIOVIII's archived CAD files, but rather from separate Microsoft Teams files submitted by Scott Pilling. The context is important. Shortly after IIOVIII commenced operations, we experimented with different release methods to see if we could store and share our files on platforms such as Microsoft Teams rather than purchasing PDM. Ultimately, the Microsoft Teams trial run was unsuccessful. As with the other SolidWorks drawing files produced concurrently herewith, IIOVIII did not delete the non-functioning drawing file (SP&E 23154) used in connection with that particular trial run, as we are not in the habit of deleting files arbitrarily.

[3] Since October 2025, IIOVIII has completed the L52 design. Currently available L52 files, consisting of 538 part and assembly files and 344 drawing files, are also being produced to SRM in a separate folder in supplemental discovery concurrently herewith. Those files were gathered using the SolidWorks "Pack and Go" feature, which updates the saved date on some files.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 2nd day of November, 2026.

Signed by:

7B5BB1C0F75D4B2...

________________________________________

Kenneth Randall