Kyle E. Bastian [ISB No. 10059]
WRIGHT BROTHERS LAW OFFICE, PLLC
1440 Blue Lakes Blvd. N., Suite A
P.O. Box 5678
Twin Falls, ID 83303-5678
Telephone No. (208) 733-3107
Fax No. (208) 733-1669
E-mail: kbastian@wrightbrotherslaw.com

*Attorneys for Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., and Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, and Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY WICKERSHAM, an individual; CAROLYN SHOEMAKER, and individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE

Case No. 4:24-cv-00112-DCN

**DECLARATION OF SCOTT PILLING**

ENTITY DEFENDANTS I-XX,

Defendants.

---

SCOTT PILLING, an individual,

Counterclaimant,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

---

BREK PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; and PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

---

I, Scott Pilling, declare as follows:

1) My name is Scott Pilling. I am the above-referenced Defendant/Counterclaimant and the President of IIOVIII Precision, LLC (“IIOVII”).

2) I have personal knowledge and am competent to testify regarding the factual information in this declaration.

3) In or about late February 2026, I became aware that counsel for Plaintiff SRM-Kodiak America, LLC ("SRM") was seeking production of SolidWorks drawing files by IIOVIII in supplemental discovery.

4) I searched IIOVIII's archived Computer-Aided Design (CAD) files in the completed projects folder and did not locate any drawing files. Based on that search and my understanding at the time, I believed IIOVIII did not keep drawing files, and I did not search the engineering working CAD folders. That understanding was incorrect: drawing files are kept in the working CAD folders, although they are not archived.

5) 1,085 SolidWorks drawing (.slddrw) files relating to native CAD models produced in discovery in October 2025 have been located in IIOVIII's working CAD folders. IIOVIII is producing those files to SRM's counsel in their existing state, without repair, in supplemental discovery concurrently herewith.[1]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 2nd day of November, 2026.

DocuSigned by:
Scott Pilling
889C9EC053E64C5...
______________________________
Scott Pilling

[1] Since October 2025, IIOVIII has completed the L52 design. Currently available L52 files, consisting of 538 part and assembly files and 344 drawing files, are also being produced to SRM in a separate folder in supplemental discovery concurrently herewith. Those files were gathered using the SolidWorks "Pack and Go" feature, which updates the saved date on some files.