David W. Gadd (ISB# 7605)
**STOVER, GADD & ASSOCIATES, PLLC**
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929

Mark O. Morris (ISB# 10850)
Tara Martens Miller (ISB# 5773)
Benjamin J. Mills (ISB# 11748)
**SNELL & WILMER L.L.P.**
Key Business Center
702 W. Idaho Street, Suite 1100
Boise, ID 83702
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
Email: mmorris@swlaw.com
tmmiller@swlaw.com
bemills@swlaw.com

*Attorneys for Kodiak America, LLC; Kodiak Northwest, Inc., BAUB LLC; Brek Pilling; and PFT Enviro Investments, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BREK PILLING, an individual; *et al.*,<br><br>Defendants. | **BREK PILLING PARTIES' MOTION TO STRIKE BRIAN L. TIBBETS JOINDER IN MOTION TO STRIKE SECOND AMENDED COUNTERCLAIMS [Dkt. 164]**<br><br>Case No. 4:24-cv-00112-DCN<br><br>District Judge David C. Nye |
| KODIAK AMERICA, LLC; KODIAK NORTHWEST, INC.; BAUB LLC; BREK PILLING; AND PFT ENVIRO INVESTMENTS, LLC,<br><br>Counterclaimants,<br><br>v. | |

| | |
|---|---|
| SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Counterdefendant. | |
| SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC, IIOVIII PRECISION, LLC; AND INTERMOUNTAIN LIVING, LLC,<br><br>Counterclaimants,<br><br>v.<br><br>SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,<br><br>Counterdefendant. | |

Defendants and Counterclaimants Kodiak America, LLC; Kodiak Northwest, Inc.; BAUB LLC; Brek Pilling; and PFT Enviro Investments, LLC (collectively, the "**Brek Pilling Parties**"), by and through their undersigned counsel, respectfully move the Court, pursuant to Federal Rule of Civil Procedure 12(f) and its inherent authority to control its docket for an order striking Counter-Defendant Brian L. Tibbets' *Joinder in Motion to Strike Second Amended Counterclaims* (Dkt. 162) or, in the alternative, disregarding the Joinder in resolving the *Motion to Strike Second Amended Counterclaims* (Dkt. 151).

This Motion is supported by the accompanying Memorandum in Support, and the Brek Pilling Parties' *Response to Motion to Strike Second Amended Counterclaims* (Dkt. 152), which is incorporated by reference as though fully set forth herein.

DATED this 16th day of November, 2026.

**SNELL & WILMER L.L.P.**

/s/ *Mark O. Morris*
Mark O. Morris
Tara Martens Miller
Benjamin J. Mills

**STOVER, GADD & ASSOCIATES, PLLC**
David W. Gadd
905 Shoshone St. N.
P. O. Box 1428
Twin Falls, Idaho 83303-1428

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Idaho by using the Court's CM/ECF System which effected service upon all counsel of record in this case, including, but not limited to:

Lee Radford
John E. Cutler
Daniel Biddulph
Gabe Davis
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83405-1505
Email: LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com
GDavis@parsonsbehle.com
*Attorneys for Plaintiff and Counterdefendants Wayne Powell, Jonathan Price, Kurt Harmon, and Kodiak America, LLC*

Kyle E. Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P. O. Box 5678
Twin Falls, ID 83303
Email: kbastian@wrightbrotherslaw.com
*Attorneys for Defendants Scott Pilling; Sawtooth Industrial, LLC; IIOVIII Precision, LLC; Intermountain Living, LLC*

Martin R. Anderson
SMITH WOOLF ANDERSON & WILKINSON, PLLC
3480 Merlin Drive
Idaho Falls, ID 83404
Email: marty@eastidaholaw.net
*Attorneys for Defendant Budget Truck Center, LLC*

Peter M. Wells
MAY RAMMELL & THOMPSON CHARTERED
P. O. Box 370
Pocatello, ID 83204
Email: pete@mrwlaw.net
*Attorneys for Gary Wickersham*

Bren Erik Mollerup
BENOIT, ALEXANDER, MOLLERUP & DANIELSON, PLLC

P. O. Box 366
Twin Falls, ID 83303
Email: mollerup@benoitlaw.com
*Attorneys for Carolyn Shoemaker*

Kim J Trout
TROUT LAW, PLLC
3778 N. Plantation River Dr., Suite 101
Boise, ID 83703
Email: ktrout@trout-law.com
*Attorneys for Lurene Dille*

Brian L. Tibbets
1411 23rd Street
Ogden, Utah 84401
btibbets@gmail.com
*Counterdefendant, Pro Se*

*/s/ Mark O. Morris*