Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**PLAINTIFF SRM-KODIAK AMERICA, LLC'S MOTION TO FILE UNDER SEAL; MEMORANDUM IN SUPPORT**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

Pursuant to Local Rule 5.3(a), Plaintiff/Counterdefendant SRM-Kodiak America, LLC ("**SRM**"), by and through its undersigned counsel, Parsons Behle & Latimer, moves this Court

for an Order allowing the unredacted versions of SRM's *Reply Memorandum in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants* ("**Reply**") and *Second Declaration of Counsel in Support of Plaintiff's Reply on Motion for Discovery Sanctions Against the Scott Pilling Defendants* ("**Counsel Declaration**"), as more fully described below, to be filed under seal, consistent with the Stipulated Protective Order (Dkt. Nos. 51 and 52) herein.

Federal Rule of Civil Procedure 5.2(d) provides: "The court may order that a filing be made under seal without redaction." "[A]lthough the common law right creates a strong presumption in favor of access, the presumption can be overcome by sufficiently important countervailing interests." *San Jose Mercury News, Inc. v. District Ct.*, 187 F.3d 1096, 1102 (9th Cir. 1999). In the Ninth Circuit, the party seeking to file under seal must establish a compelling reason for doing so. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes' . . . ." *Id.* (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)). Ninth Circuit law is clear that the compelling interest standard to seal records is satisfied when public disclosure of the documents would "release trade secrets." *Kamakana*, 447 F.3d at 1179. Consistent with this, the United States Supreme Court has recognized that courts have appropriately sealed "sources of business information that might harm a litigant's competitive standing" if released. *Nixon*, 435 U.S. at 598.

Paragraphs 4 and 6 of the Stipulated Protective Order (Dkt. Nos. 51 and 52) provide that documents or information designated as Confidential or Attorney Eyes Only, or any papers

containing or making reference to confidential portions of such materials, shall be filed under seal pursuant to District of Idaho Local Civil Rule 5.3.

In this case, SRM seeks to file the unredacted version of the Reply and Counsel Declaration, together with Exhibit A thereto, under seal. Said Exhibit A contains excerpts of the transcript of a deposition that were designated as Attorneys' Eyes Only by Defendants Scott Pilling, Sawtooth Industrial, LLC, IIOVIII Precision, LLC, and Intermountain Living, LLC (collectively the "**Scott Pilling Defendants**"). References to the above-described deposition excerpts can be found within the Reply and Counsel Declaration. SRM does not dispute this Attorneys' Eyes Only designation for purposes of their Motion for Discovery Sanctions Against the Scott Pilling Defendants and Reply in Support.

For these reasons, and consistent with the Stipulated Protective Order, SRM asks the Court to grant its Motion to File Under Seal—authorizing the unredacted version of SRM's *Reply Memorandum in Support of Plaintiff's Motion for Discovery Sanctions Against the Scott Pilling Defendants*, *Second Declaration of Counsel in Support of Plaintiff's Reply on Motion for Discovery Sanctions Against the Scott Pilling Defendants*, and Exhibit A thereto to be filed under seal.

DATED November 16, 2026.

PARSONS BEHLE & LATIMER

*/s/ John E. Cutler*

Lee Radford
John E. Cutler
Daniel Biddulph

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Plaintiff SRM-Kodiak America, LLC's Motion to File Under Seal; Memorandum in Support* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>benoitlaw@benoitlaw.com<br>messinger@benoitlaw.com<br>mollerup@benoitlaw.com |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>dwg@magicvalleylaw.com |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>mmorris@swlaw.com<br>tmmiller@swlaw.com<br>bemills@swlaw.com |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID 83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>pete@mrwlaw.net |

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
kbastian@wrightbrotherslaw.com

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
*Counterdefendant Pro Se*

[x] Email
btibbets@gmail.com

DATED November 16, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph