Lee Radford, ISB #5719
John E. Cutler, ISB #9907
Daniel Biddulph, ISB #11561
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com
JCutler@parsonsbehle.com
DBiddulph@parsonsbehle.com

*Attorneys for SRM-Kodiak America, LLC; Lawrence Wayne Powell, Jr.; Kurt Harman; Jonathan Price; and Kodiak America, LLC (Texas)*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Plaintiff,

vs.

BREK PILLING, an individual; SCOTT PILLING, an individual; KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC., an Idaho Corporation; BAUB LLC, an Idaho limited liability company; PFT ENVIRO INVESTMENTS, LLC, an Idaho limited liability company; BUDGET TRUCK CENTER, LLC, an Idaho limited liability company; SAWTOOTH INDUSTRIAL, LLC, an Idaho limited liability company; IIOVIII PRECISION, LLC, an Idaho limited liability company; INTERMOUNTAIN LIVING, LLC, an Idaho limited liability company; BREK PILLING AS TRUSTEE OF THE PILLING FAMILY TRUST, an Idaho Trust; ARTHUR SADAMPI YAMADA, an individual; GARY

Case No. 4:24-cv-00112-DCN

**SECOND DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REPLY ON MOTION FOR DISCOVERY SANCTIONS AGAINST THE SCOTT PILLING DEFENDANTS**

WICKERSHAM, an individual; CAROLYN SHOEMAKER, an individual; LURENE DILLE, an individual; DOE DEFENDANTS I-XX; and ROE ENTITY DEFENDANTS I-XX,

Defendants.

---

KODIAK AMERICA, LLC, a Delaware limited liability company; KODIAK NORTHWEST, INC.; BAUB, LLC; BREK PILLING; and PFT ENVIRO INVESTMENTS, LLC;

Counterclaimants,

vs.

SRM-KODIAK, AMERICA, LLC, an Idaho limited liability company, LAWRENCE WAYNE POWELL, JR., an individual aka Lawrence W. Powell; KURT HARMAN, an individual; JONATHAN PRICE, an individual; KODIAK AMERICA, LLC, a Texas limited liability company; and BRIAN L. TIBBETTS, an individual,

Counterdefendants.

---

SCOTT PILLING; SAWTOOTH INDUSTRIAL, LLC; IIOVIII PRECISION, LLC; and INTERMOUNTAIN LIVING, LLC,

Counterclaimants,

vs.

SRM-KODIAK AMERICA, LLC, an Idaho limited liability company,

Counterdefendant.

I, John E. Cutler, declare and state as follows:

1. I am an attorney of record for Plaintiff SRM-Kodiak America, LLC ("SRM") in this action. I make this Declaration based on my own personal knowledge.

2. Attached as *Exhibit A* are true and correct excerpts of the certified transcript of the October 27, 2026 deposition of Kris Carbajal. Counsel for the Scott Pilling Defendants designated pages 114:3 through 224:8 of the transcript "Attorneys' Eyes Only" under the Stipulated Protective Order (Dkt. 51), so Exhibit A is filed under seal.

3. Beginning in November 2024, I conferred with counsel for the Scott Pilling Defendants by telephone about their discovery responses. On December 18, 2024, I asked them in writing to prioritize production of "all schematics, drawings, build books, parts lists" for two of their machines. A true and correct copy of that email exchange is attached as *Exhibit B*.

4. In August 2025, I identified in writing the native ".sldprt," ".slddrw," and ".sldasm" files SRM sought, conferred with their counsel by videoconference via Microsoft Teams on August 19, 2025, and asked Judge Grasham's law clerk for a conference. Their counsel confirmed the August 19 conference in an August 20, 2025 email to the law clerk. A true and correct copy of that email exchange is attached as *Exhibit C*. A law clerk conference was ultimately held, but issues remained unresolved. And the matter was brought before the Court after written submissions by the parties.

5. On September 10, 2025, counsel for the Scott Pilling Defendants and I argued the discovery disputes at a hearing before Magistrate Judge Grasham. (Dkt. 121.)

6. On October 14 and 21, 2025, I wrote to their counsel that their production did not comply with the Court's September 10, 2025 order. True and correct copies of those emails are attached as *Exhibit D*.

7. On August 28, 2024, my office served SRM's first set of discovery requests to each of the Scott Pilling Defendants. Attached as *Exhibit E* is a true and correct copy of SRM's First Set of Discovery Requests to IIOVIII Precision, LLC, served August 28, 2024.

8. Based on my review of the Scott Pilling Defendants' productions, before November 2, 2026, they had produced only a few hundred pages of scanned drawing prints and a single native drawing (.slddrw) file. [redacted] (Ex. A at 185–86.) [redacted] (Ex. A at 177, 190.)

9. Based on my review of the Scott Pilling Defendants' productions, they appear to be missing sales contracts, purchase orders, invoices, and delivery records [redacted] (Ex. A at 185, 205.)

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 16, 2026.

*/s/ John E. Cutler*
John E. Cutler

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date given below, s/he caused to be served a copy of the foregoing *Second Declaration of Counsel in Support of Plaintiff's Reply on Motion for Discovery Sanctions Against the Scott Pilling Defendants* upon the following persons by the method of service indicated below:

| | |
|---|---|
| Bren Mollerup<br>BENOIT, MOLLERUP, DANIELSON & GRIEVE, PLLC<br>P.O. Box 366<br>Twin Falls, ID 83303<br>*Attorneys for Defendant Carolyn Shoemaker* | [x] CM/ECF<br>*benoitlaw@benoitlaw.com*<br>*messinger@benoitlaw.com*<br>*mollerup@benoitlaw.com* |
| David W. Gadd<br>STOVER GADD & ASSOCIATES, PLLC<br>905 Shoshone St. N.<br>P.O. Box 1428<br>Twin Falls, ID 83303-1428<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>*dwg@magicvalleylaw.com* |
| Mark O. Morris<br>Tara Martens Miller<br>Benjamin J. Mills<br>SNELL & WILMER, LLP<br>Key Business Center<br>702 W. Idaho Street, Ste 1100<br>Boise, ID 83702<br>*Attorneys for Defendants Brek Pilling, Kodiak America, LLC, Baub, LLC, Kodiak Northwest, Inc., PFT Enviro Investments, LLC, and Brek Pilling as Trustee of the Pilling Family Trust* | [x] CM/ECF<br>*mmorris@swlaw.com*<br>*tmmiller@swlaw.com*<br>*bemills@swlaw.com* |
| Peter M. Wells<br>MAY, RAMMELL & WELLS, CHARTERED<br>216 W. Whitman<br>PO Box 370<br>Pocatello, ID 83204-0370<br>*Attorneys for Defendant Gary Wickersham* | [x] CM/ECF<br>*pete@mrwlaw.net* |

Kyle Eric Bastian
WRIGHT BROTHERS LAW OFFICE, PLLC
P.O. Box 5678
Twin Falls, ID 83303
*Attorneys for Defendants Scott Pilling, IIOVIII Precision, LLC, Sawtooth Industrial, LLC, and Intermountain Living, LLC*

[x] CM/ECF
*kbastian@wrightbrotherslaw.com*

Brian L. Tibbets
1411 23rd Street
Ogden, UT 84401
*Counterdefendant Pro Se*

[x] Email (Redacted copy of Declaration and Exhibits B-E only)
*btibbets@gmail.com*

DATED November 16, 2026.

*/s/ John E. Cutler*
Lee Radford
John E. Cutler
Daniel Biddulph