# FILED UNDER SEAL

# EXHIBIT A

## to 2026-11-16 Second Declaration of Counsel in Support of Plaintiff's Reply on Motion for Discovery Sanctions Against the Scott Pilling Defendants