# EXHIBIT D

**Kenna Burgie**

---

**From:** John E. Cutler
**Sent:** Tuesday, October 14, 2025 1:36 PM
**To:** Kyle Bastian
**Cc:** Daniel Biddulph; Leah Trahan; Kenna Burgie; Reagan Mortensen
**Subject:** Feature tree and parts data missing from Solidworks assembly files

Kyle,

As I indicated in my email to all counsel, the .asm files provided are unusable. They do not function, as evidenced from the screenshot supplied by our expert below. The grey lettering and yellow warning symbol indicate that the file listed cannot be found. Why we were given unusable data is at this point immaterial if the error can be promptly corrected. But the delay is unfortunate and continues to impact the schedule in this matter. As indicated, I spoke with one of our experts, and he described the problem this way: “If you have an assembly, it will call the individual parts files and it will do that by referencing a specific file location. If you change the file location then the program doesn’t know where to get those parts.” The result is the error evidenced in the screenshot below.




To avoid this problem, the expert indicates that Solidworks has a feature called “pack and go.” Using this feature, you can take the largest assembly that has everything in it (or if there are multiple distinct assemblies you would do this for each of them so that you capture all of them) and apply the pack and go feature to the assembly to generate a single file with all of the references intact.

Importantly, the data lost includes critical feature tree data that the Court expressly ordered the Scott Pilling Defendants to produce. As one example of the materiality of this data, one of SRM's experts indicated that there are many "simple parts" that are "then modified once in an assembly" as such the feature tree within the assembly file is critical to conducting the analysis the Court determined to be relevant and proportionate to the needs of the case.

Please (1) confirm that the Scott Pilling Defendants will be making a new production with all assembly files fully intact and operational, and (2) please advise the date by which this additional production of the outstanding data will be made. I'd appreciate a response by this Friday, October 17, 2025, but if you believe more time is needed to respond, please advise what date you believe is reasonable to provide a response on these matters.

Lastly, please understand that our experts review of this data is just beginning and we may yet identify additional issues with the adequacy or completeness of the data produced by the Scott Pilling Defendants, and nothing in this correspondence should indicate that this will be the only issue we find and need to have addressed. We will continue to advise on any additional issues as they come to light.

Thank you,

John

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

**Kenna Burgie**

**From:** John E. Cutler
**Sent:** Tuesday, October 21, 2025 10:23 AM
**To:** Kyle Bastian; Daniel Biddulph; Gabe Davis; Bren Mollerup; David W. Gadd; Morris, Mark; Mills, Benjamin; Miller, Tara Martens; Marty R. Anderson; Peter Wells; Kim Trout; Alyssa Jones
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

**Importance:** High

Kyle,

I must unfortunately report that the latest production did not solve many of the issues with the production. So your client remains out of compliance with the Court's order, and we would urge a prompt resolution of this issue. The list below is not exhaustive, but it is illustrative of the large number of assembly files that remain unusable in that they do not open and appear to be modified in a manner that makes them not functional. I would also note that this is the second time we have had to have our expert incur significant time at expense to our client only to find that the information produced is not in the required, usable format.

Please advise when we can expect to have this corrected.

Best,

John

---Non-Exhaustive List of Key Files Requiring Corrected Production (numbering keys to file names)----

22485
21524
21919
21925
22031
22030
22028
21630
21628
22485
22773
22316
21903
22781
22311
22788
22832
22830
22826
22786
22814
22831

22982
23037
23138
23141
23145
23215
21561
21634
22035 (the actual assembly file, not a step file)

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

**From:** John E. Cutler <JCutler@parsonsbehle.com>
**Sent:** Friday, October 17, 2025 11:58 AM
**To:** Kyle Bastian <kbastian@wrightbrotherslaw.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Thanks Kyle, we will advise if we have further issues with the documents.

PARSONS BEHLE & LATIMER
**John E. Cutler**
Attorney at Law • Shareholder
Idaho Falls • Direct +1 208.528.5223

**From:** Kyle Bastian <kbastian@wrightbrotherslaw.com>
**Sent:** Friday, October 17, 2025 11:30 AM
**To:** John E. Cutler <JCutler@parsonsbehle.com>; Daniel Biddulph <DBiddulph@parsonsbehle.com>; Gabe Davis <GDavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Cc:** admin@magicvalleylaw.com; Jeffs, Cheryl <cjeffs@swlaw.com>; kim@eastidaholaw.net
**Subject:** RE: SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

**This Message Is From an External Sender**
This message came from outside your organization.
Report Suspicious

All-

We were notified of a potential issue with this production, specifically native files produced last Friday as SP&E 21453 – SP&E 23262. In reviewing that production, we determined that using bates numbers for file names may have caused the issue. This morning we are reproducing those files using original file names, which should solve

the issue. The reproduction can be accessed using the same link provided previously in a new folder entitled "2025.10.17 Reproduction." Let us know if you have any further issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

*********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Kyle Bastian
**Sent:** Friday, October 10, 2025 4:51 PM
**To:** John E. Cutler <jcutler@parsonsbehle.com>; Daniel Biddulph <dbiddulph@parsonsbehle.com>; Gabe Davis <gdavis@parsonsbehle.com>; Bren Mollerup <mollerup@benoitlaw.com>; David W. Gadd <dwg@magicvalleylaw.com>; Morris, Mark <mmorris@swlaw.com>; Mills, Benjamin <bemills@swlaw.com>; Miller, Tara Martens <tmmiller@swlaw.com>; Marty R. Anderson <marty@eastidaholaw.net>; Peter Wells <pete@mrwlaw.net>; Kim Trout <ktrout@trout-law.com>; Alyssa Jones <ajones@trout-law.com>
**Subject:** SRM-Kodiak America, LLC v. Pilling et al., Case No. 4:24-cv-00112-DCN

Counsel-

Attached please find the following:

- Second Supplemental Response to First Set of Discovery Requests to Scott Pilling
- Second Supplemental Response to First Set of Discovery Requests to Sawtooth Industrial, LLC
- Second Supplemental Response to First Set of Discovery Requests to IIOVIII Precision, LLC

Our document production, SP&E 21453 – SP&E 23531, will follow in a separate email. Let us know if you encounter any issues accessing the production. Thanks.

-Kyle

Kyle E. Bastian
Wright Brothers Law Office, PLLC
P.O. Box 5678
Twin Falls, Idaho 83303-5678
(208) 733-3107
(208) 733-1669 (fax)
www.wrightbrotherslaw.com

*********************************************
We inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding tax penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

*********************************************
This message and any attachments may be protected by the attorney/client privilege. If you believe that it has been sent to you in error, do not read, copy or distribute it. Please reply to the sender that you have received the message in error and then delete it. Thank you.